# INMATE ACCOUNT STATEMENT

TO:  Inmate Name: Hassett, Robert W.
                (Last)   (First)  (M.I.)
     SBI Number: 337363
     Housing Unit: MSR-ISL-2

FR:  Inmate Account Technician

DA:

RE:  Summary Of Account

Attached is your account statement for the six month period of 05-01- , 2005 through 10-31, 2005.

Utilizing the calculation formula described in BOP Procedure 5.4, your average daily balance for this period is $ 154.39.

Attachment

Notary: Phyllis A. May
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires March 2, 2006

RECEIVED
SCI Business Office
NOV 0 7 2005

05-851

RECEIVED
DEC 8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# REQUEST FORM
# FOR
# INMATE ACCOUNT ACTIVITY STATEMENT

Inmate Name: Hassett, Robert W.    SBI Number: 337363
         (Last)   (First)   (M.I.)

Housing Unit: MSB-ISL-1

..........................................................

In accordance with Bureau of Prisons Procedure 5.4 entitled "In Forma Pauperis", please provide a summary of my account transactions.

Robert Hassett      Judith Ann Felderman
Inmate Signature      Notary
                    Commission expires 8/19/07

Inmate Account Activity Statement will be processed only after staff verifies your legal documents are complete.

Date received by business office: _____

Printed: 11/7/2005

## Average Daily Balance For Pauper Filing
*For Days the Individual was in Residence at SCI from 5/1/2005 through 10/31/2005*

Page 1 of 4

SBI: 00337363    NAME: HASSETT, ROBERT W 3

| Date | Balance |
| --- | --- |
| 05/01/2005 | $66.33 |
| 05/02/2005 | $66.33 |
| 05/03/2005 | $66.33 |
| 05/04/2005 | $106.43 |
| 05/05/2005 | $99.55 |
| 05/06/2005 | $99.55 |
| 05/07/2005 | $99.55 |
| 05/08/2005 | $99.55 |
| 05/09/2005 | $99.55 |
| 05/10/2005 | $99.55 |
| 05/11/2005 | $99.55 |
| 05/12/2005 | $75.45 |
| 05/13/2005 | $75.45 |
| 05/14/2005 | $75.45 |
| 05/15/2005 | $75.45 |
| 05/16/2005 | $75.45 |
| 05/17/2005 | $75.45 |
| 05/18/2005 | $90.45 |
| 05/19/2005 | $66.77 |
| 05/20/2005 | $66.77 |
| 05/21/2005 | $66.77 |
| 05/22/2005 | $66.77 |
| 05/23/2005 | $86.77 |
| 05/24/2005 | $86.77 |
| 05/25/2005 | $86.77 |
| 05/26/2005 | $70.84 |
| 05/27/2005 | $70.84 |
| 05/28/2005 | $70.84 |
| 05/29/2005 | $70.84 |
| 05/30/2005 | $70.84 |
| 05/31/2005 | $70.84 |
| 06/01/2005 | $70.84 |
| 06/02/2005 | $70.84 |
| 06/03/2005 | $70.84 |
| 06/04/2005 | $70.84 |
| 06/05/2005 | $70.84 |
| 06/06/2005 | $80.84 |
| 06/07/2005 | $114.44 |
| 06/08/2005 | $114.44 |
| 06/09/2005 | $82.38 |
| 06/10/2005 | $82.38 |
| 06/11/2005 | $82.38 |
| 06/12/2005 | $82.38 |
| 06/13/2005 | $82.38 |
| 06/14/2005 | $98.38 |
| 06/15/2005 | $98.38 |
| 06/16/2005 | $108.38 |
| 06/17/2005 | $95.94 |

Printed: 11/7/2005     *Average Daily Balance For Pauper Filing*     Page 2 of 4
*For Days the Individual was in Residence at SCI from 5/1/2005 through 10/31/2005*

SBI: 00337363     NAME:    HASSETT, ROBERT W 3

| Date | Balance |
|---|---|
| 06/18/2005 | $95.94 |
| 06/19/2005 | $95.94 |
| 06/20/2005 | $105.94 |
| 06/21/2005 | $105.94 |
| 06/22/2005 | $105.94 |
| 06/23/2005 | $76.15 |
| 06/24/2005 | $76.15 |
| 06/25/2005 | $76.15 |
| 06/26/2005 | $76.15 |
| 06/27/2005 | $76.15 |
| 06/28/2005 | $76.15 |
| 06/29/2005 | $101.15 |
| 06/30/2005 | $101.15 |
| 07/01/2005 | $124.25 |
| 07/02/2005 | $124.25 |
| 07/03/2005 | $124.25 |
| 07/04/2005 | $124.25 |
| 07/05/2005 | $124.25 |
| 07/06/2005 | $124.25 |
| 07/07/2005 | $83.50 |
| 07/08/2005 | $83.50 |
| 07/09/2005 | $83.50 |
| 07/10/2005 | $83.50 |
| 07/11/2005 | $83.50 |
| 07/12/2005 | $83.50 |
| 07/13/2005 | $83.50 |
| 07/14/2005 | $75.34 |
| 07/15/2005 | $75.34 |
| 07/16/2005 | $75.34 |
| 07/17/2005 | $75.34 |
| 07/18/2005 | $75.34 |
| 07/19/2005 | $75.34 |
| 07/20/2005 | $115.34 |
| 07/21/2005 | $115.34 |
| 07/22/2005 | $115.34 |
| 07/23/2005 | $115.34 |
| 07/24/2005 | $115.34 |
| 07/25/2005 | $115.34 |
| 07/26/2005 | $115.34 |
| 07/27/2005 | $104.75 |
| 07/28/2005 | $92.81 |
| 07/29/2005 | $92.81 |
| 07/30/2005 | $92.81 |
| 07/31/2005 | $92.81 |
| 08/01/2005 | $47.81 |
| 08/02/2005 | $47.81 |
| 08/03/2005 | $67.81 |
| 08/04/2005 | $47.09 |

Printed: 11/7/2005

**Average Daily Balance For Pauper Filing**
*For Days the Individual was in Residence at SCI from 5/1/2005 through 10/31/2005*

Page 3 of 4

SBI: 00337363   NAME:   HASSETT, ROBERT W 3

| Date | Balance |
| --- | --- |
| 08/05/2005 | $80.69 |
| 08/06/2005 | $80.69 |
| 08/07/2005 | $80.69 |
| 08/08/2005 | $130.69 |
| 08/09/2005 | $130.69 |
| 08/10/2005 | $130.69 |
| 08/11/2005 | $85.12 |
| 08/12/2005 | $85.12 |
| 08/13/2005 | $85.12 |
| 08/14/2005 | $85.12 |
| 08/15/2005 | $225.12 |
| 08/16/2005 | $225.12 |
| 08/17/2005 | $225.12 |
| 08/18/2005 | $221.13 |
| 08/19/2005 | $221.13 |
| 08/20/2005 | $221.13 |
| 08/21/2005 | $221.13 |
| 08/22/2005 | $221.13 |
| 08/23/2005 | $221.13 |
| 08/24/2005 | $271.13 |
| 08/25/2005 | $257.82 |
| 08/26/2005 | $257.82 |
| 08/27/2005 | $257.82 |
| 08/28/2005 | $257.82 |
| 08/29/2005 | $244.58 |
| 08/30/2005 | $244.58 |
| 08/31/2005 | $364.58 |
| 09/01/2005 | $330.04 |
| 09/02/2005 | $330.04 |
| 09/03/2005 | $330.04 |
| 09/04/2005 | $330.04 |
| 09/05/2005 | $330.04 |
| 09/06/2005 | $280.04 |
| 09/07/2005 | $280.04 |
| 09/08/2005 | $300.20 |
| 09/09/2005 | $300.20 |
| 09/10/2005 | $300.20 |
| 09/11/2005 | $300.20 |
| 09/12/2005 | $300.20 |
| 09/13/2005 | $300.20 |
| 09/14/2005 | $300.20 |
| 09/15/2005 | $270.50 |
| 09/16/2005 | $270.50 |
| 09/17/2005 | $270.50 |
| 09/18/2005 | $270.50 |
| 09/19/2005 | $270.50 |
| 09/20/2005 | $270.50 |
| 09/21/2005 | $290.50 |

Printed: 11/7/2005

*Average Daily Balance For Pauper Filing*
For Days the Individual was in Residence at SCI from 5/1/2005 through 10/31/2005

Page 4 of 4

SBI: 00337363   NAME: HASSETT, ROBERT W 3

| Date | Balance |
|---|---|
| 09/22/2005 | $252.54 |
| 09/23/2005 | $252.54 |
| 09/24/2005 | $252.54 |
| 09/25/2005 | $252.54 |
| 09/26/2005 | $252.54 |
| 09/27/2005 | $248.14 |
| 09/28/2005 | $248.14 |
| 09/29/2005 | $214.45 |
| 09/30/2005 | $214.45 |
| 10/01/2005 | $214.45 |
| 10/02/2005 | $214.45 |
| 10/03/2005 | $214.45 |
| 10/04/2005 | $194.45 |
| 10/05/2005 | $194.45 |
| 10/06/2005 | $224.55 |
| 10/07/2005 | $216.44 |
| 10/08/2005 | $216.44 |
| 10/09/2005 | $216.44 |
| 10/10/2005 | $216.44 |
| 10/11/2005 | $216.44 |
| 10/12/2005 | $216.44 |
| 10/13/2005 | $180.44 |
| 10/14/2005 | $200.44 |
| 10/15/2005 | $200.44 |
| 10/16/2005 | $200.44 |
| 10/17/2005 | $236.44 |
| 10/18/2005 | $236.44 |
| 10/19/2005 | $236.44 |
| 10/20/2005 | $206.29 |
| 10/21/2005 | $206.29 |
| 10/22/2005 | $206.29 |
| 10/23/2005 | $206.29 |
| 10/24/2005 | $206.29 |
| 10/25/2005 | $206.29 |
| 10/26/2005 | $206.29 |
| 10/27/2005 | $190.27 |
| 10/28/2005 | $190.27 |
| 10/29/2005 | $190.27 |
| 10/30/2005 | $190.27 |
| 10/31/2005 | $190.27 |

Summary for 'SBI' = 00337363 (184 detail records)   **Average Daily Balance:   $154.39**

# Prior Month -- Individual Statement

Date Printed: 11/7/2005

Page 1 of 1

## For Month of May 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $66.33 |
|---|---|---|---|---|---|---|
| 00337363 | HASSETT | ROBERT | W | 3 | | |
| Current Location: | MULTI SEC ISL 1 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Pay-To | | 5/4/2005 | ($3.50) | $0.00 | $0.00 | $0.00 | $62.83 |
| Payroll | | 5/4/2005 | $33.60 | $0.00 | $0.00 | $0.00 | $96.43 |
| Mail MO | DEBORAH ANGELINI | 5/4/2005 | $10.00 | $0.00 | $0.00 | $0.00 | $106.43 |
| Commissary | | 5/5/2005 | ($6.88) | $0.00 | $0.00 | $0.00 | $99.55 |
| Commissary | | 5/12/2005 | ($24.10) | $0.00 | $0.00 | $0.00 | $75.45 |
| Visit MO | DEBORAH AARON | 5/18/2005 | $15.00 | $0.00 | $0.00 | $0.00 | $90.45 |
| Commissary | | 5/19/2005 | ($23.68) | $0.00 | $0.00 | $0.00 | $66.77 |
| Mail MO | BILL TOWERS | 5/23/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $86.77 |
| Commissary | | 5/26/2005 | ($15.93) | $0.00 | $0.00 | $0.00 | $70.84 |
| | | | | | | Ending Mth Balance: | $70.84 |

# Prior Month -- Individual Statement

Date Printed: 11/7/2005                                                                 Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $70.84 |
|---|---|---|---|---|---|---|
| 00337363 | HASSETT | ROBERT | W | 3 | | |
| Current Location: | MULTI SEC ISL 1 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Mail MO | HENRY COLON | 6/6/2005 | $10.00 | $0.00 | $0.00 | $0.00 | $80.84 |
| Payroll | | 6/7/2005 | $33.60 | $0.00 | $0.00 | $0.00 | $114.44 |
| Commissary | | 6/9/2005 | ($32.06) | $0.00 | $0.00 | $0.00 | $82.38 |
| Mail MO | DEBORAH ANGELINI | 6/14/2005 | $16.00 | $0.00 | $0.00 | $0.00 | $98.38 |
| Mail MO | DEBORAH ANGELINI | 6/16/2005 | $10.00 | $0.00 | $0.00 | $0.00 | $108.38 |
| Commissary | | 6/17/2005 | ($12.44) | $0.00 | $0.00 | $0.00 | $95.94 |
| Mail MO | HENRY COLON | 6/20/2005 | $10.00 | $0.00 | $0.00 | $0.00 | $105.94 |
| Commissary | | 6/23/2005 | ($29.79) | $0.00 | $0.00 | $0.00 | $76.15 |
| Mail MO | JAMES ANGELINI | 6/29/2005 | $25.00 | $0.00 | $0.00 | $0.00 | $101.15 |

Ending Mth Balance: $101.15

# Prior Month -- Individual Statement

Date Printed: 11/7/2005

Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $101.15 |
|---|---|---|---|---|---|---|
| 00337363 | HASSETT | ROBERT | W | 3 | | |
| Current Location: | MULTI SEC ISL 1 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Pay-To | | 7/1/2005 | ($10.50) | $0.00 | $0.00 | $0.00 | $90.65 |
| Payroll | | 7/1/2005 | $33.60 | $0.00 | $0.00 | $0.00 | $124.25 |
| Postage | | 7/5/2005 | $0.00 | $0.00 | ($0.63) | $0.00 | $124.25 |
| Copies | | 7/5/2005 | $0.00 | $0.00 | ($1.50) | $0.00 | $124.25 |
| Commissary | | 7/7/2005 | ($40.75) | $0.00 | $0.00 | $0.00 | $83.50 |
| Postage | | 7/11/2005 | $0.00 | $0.00 | ($0.26) | $0.00 | $83.50 |
| Commissary | | 7/14/2005 | ($8.16) | $0.00 | $0.00 | $0.00 | $75.34 |
| Mail MO | JAMES ANGELINI | 7/20/2005 | $40.00 | $0.00 | $0.00 | $0.00 | $115.34 |
| Postage | | 7/25/2005 | $0.00 | $0.00 | ($4.15) | $0.00 | $115.34 |
| Postage | | 7/25/2005 | $0.00 | $0.00 | ($2.30) | $0.00 | $115.34 |
| Copies | | 7/25/2005 | $0.00 | $0.00 | ($1.75) | $0.00 | $115.34 |
| Postage | | 7/27/2005 | ($0.63) | $0.00 | $0.00 | $0.00 | $114.71 |
| Copies | | 7/27/2005 | ($1.50) | $0.00 | $0.00 | $0.00 | $113.21 |
| Postage | | 7/27/2005 | ($0.26) | $0.00 | $0.00 | $0.00 | $112.95 |
| Postage | | 7/27/2005 | ($4.15) | $0.00 | $0.00 | $0.00 | $108.80 |
| Postage | | 7/27/2005 | ($2.30) | $0.00 | $0.00 | $0.00 | $106.50 |
| Copies | | 7/27/2005 | ($1.75) | $0.00 | $0.00 | $0.00 | $104.75 |
| Commissary | | 7/28/2005 | ($11.94) | $0.00 | $0.00 | $0.00 | $92.81 |
| | | | | | Ending Mth Balance: | | $92.81 |

# Prior Month -- Individual Statement

Date Printed: 11/7/2005                                                                 Page 1 of 1

## For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $92.81 |
|---|---|---|---|---|---|---|
| 00337363 | HASSETT | ROBERT | W | 3 | | |
| Current Location: | MULTI SEC ISL 1 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Pay-To | DEBORAH ANGELINI | 8/1/2005 | ($45.00) | $0.00 | $0.00 | $0.00 | $47.81 |
| Mail MO | BILL TOWERS | 8/3/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $67.81 |
| Commissary | | 8/4/2005 | ($20.72) | $0.00 | $0.00 | $0.00 | $47.09 |
| Payroll | | 8/5/2005 | $33.60 | $0.00 | $0.00 | $0.00 | $80.69 |
| Mail MO | DEBORAH ANGELINI | 8/8/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $130.69 |
| Commissary | | 8/11/2005 | ($45.57) | $0.00 | $0.00 | $0.00 | $85.12 |
| Mail MO | DEBORAH ANGELINI | 8/15/2005 | $80.00 | $0.00 | $0.00 | $0.00 | $165.12 |
| Mail MO | ROB ANGELINI | 8/15/2005 | $60.00 | $0.00 | $0.00 | $0.00 | $225.12 |
| Postage | | 8/16/2005 | $0.00 | $0.00 | ($4.03) | $0.00 | $225.12 |
| Postage | | 8/16/2005 | $0.00 | $0.00 | ($4.03) | $0.00 | $225.12 |
| Postage | | 8/16/2005 | $0.00 | $0.00 | ($4.03) | $0.00 | $225.12 |
| Commissary | | 8/18/2005 | ($3.99) | $0.00 | $0.00 | $0.00 | $221.13 |
| Visit MO | DEBORAH ANGELINI | 8/24/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $271.13 |
| Commissary | | 8/25/2005 | ($13.31) | $0.00 | $0.00 | $0.00 | $257.82 |
| Postage | | 8/29/2005 | $0.00 | $0.00 | ($1.15) | $0.00 | $257.82 |
| Postage | | 8/29/2005 | ($4.03) | $0.00 | $0.00 | $0.00 | $253.79 |
| Postage | | 8/29/2005 | ($4.03) | $0.00 | $0.00 | $0.00 | $249.76 |
| Postage | | 8/29/2005 | ($4.03) | $0.00 | $0.00 | $0.00 | $245.73 |
| Postage | | 8/29/2005 | ($1.15) | $0.00 | $0.00 | $0.00 | $244.58 |
| Mail MO | DEBORAH ANGELINI | 8/31/2005 | $120.00 | $0.00 | $0.00 | $0.00 | $364.58 |

Ending Mth Balance: $364.58

# Prior Month -- Individual Statement

Date Printed: 11/7/2005                                                                 Page 1 of 1

## For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $364.58 |
|---|---|---|---|---|---|---|
| 00337363 | HASSETT | ROBERT | W | 3 | | |
| Current Location: | MULTI SEC ISL 1 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 9/1/2005 | ($34.54) | $0.00 | $0.00 | $0.00 | $330.04 |
| Pay-To | TANGINA TRUITT | 9/6/2005 | ($20.00) | $0.00 | $0.00 | $0.00 | $310.04 |
| Pay-To | DEBORAH AARON | 9/6/2005 | ($30.00) | $0.00 | $0.00 | $0.00 | $280.04 |
| Commissary | | 9/8/2005 | ($13.44) | $0.00 | $0.00 | $0.00 | $266.60 |
| Payroll | | 9/8/2005 | $33.60 | $0.00 | $0.00 | $0.00 | $300.20 |
| Postage | | 9/12/2005 | $0.00 | $0.00 | ($0.40) | $0.00 | $300.20 |
| Commissary | | 9/15/2005 | ($29.70) | $0.00 | $0.00 | $0.00 | $270.50 |
| Mail MO | BILL TOWERS | 9/21/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $290.50 |
| Commissary | | 9/22/2005 | ($37.96) | $0.00 | $0.00 | $0.00 | $252.54 |
| Medical | | 9/27/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $252.54 |
| Medical | | 9/27/2005 | ($4.00) | $0.00 | $0.00 | $0.00 | $248.54 |
| Postage | | 9/27/2005 | ($0.40) | $0.00 | $0.00 | $0.00 | $248.14 |
| Commissary | | 9/29/2005 | ($33.69) | $0.00 | $0.00 | $0.00 | $214.45 |

Ending Mth Balance: $214.45

# Prior Month -- Individual Statement

Date Printed: 11/7/2005                                           Page 1 of 1

## For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $214.45 |
|---|---|---|---|---|---|---|
| 00337363 | HASSETT | ROBERT | W | 3 | | |
| Current Location: | MULTI SEC ISL 1 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Pay-To | TANGINA TRUITT | 10/4/2005 | ($20.00) | $0.00 | $0.00 | $0.00 | $194.45 |
| Pay-To | | 10/6/2005 | ($3.50) | $0.00 | $0.00 | $0.00 | $190.95 |
| Payroll | | 10/6/2005 | $33.60 | $0.00 | $0.00 | $0.00 | $224.55 |
| Commissary | | 10/7/2005 | ($8.11) | $0.00 | $0.00 | $0.00 | $216.44 |
| Commissary | | 10/13/2005 | ($36.00) | $0.00 | $0.00 | $0.00 | $180.44 |
| Mail MO | HENRY COLON | 10/14/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $200.44 |
| Mail MO | DEBORAH ANGELINI | 10/17/2005 | $36.00 | $0.00 | $0.00 | $0.00 | $236.44 |
| Commissary | | 10/20/2005 | ($30.15) | $0.00 | $0.00 | $0.00 | $206.29 |
| Commissary | | 10/27/2005 | ($16.02) | $0.00 | $0.00 | $0.00 | $190.27 |
| | | | | | | Ending Mth Balance: | $190.27 |

## Current Month -- Individual Statement

Date Printed: 11/14/2005 — Page 1 of 1

### For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Begin Mth Balance: | $190.27 |
|---|---|---|---|---|---|---|
| 00337363 | HASSETT | ROBERT | W | 3 | | |
| Current Location: | MULTI SEC ISL 1 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 11/3/2005 | ($43.59) | $0.00 | $0.00 | $0.00 | $146.68 |
| Payroll | | 11/4/2005 | $20.16 | $0.00 | $0.00 | $0.00 | $166.84 |
| Copies | | 11/7/2005 | $0.00 | $0.00 | ($2.00) | $0.00 | $166.84 |
| Copies | | 11/7/2005 | $0.00 | $0.00 | ($0.75) | $0.00 | $166.84 |
| Copies | | 11/9/2005 | $0.00 | $0.00 | ($2.75) | $0.00 | $166.84 |
| Commissary | | 11/10/2005 | ($35.13) | $0.00 | $0.00 | $0.00 | $131.71 |
| Postage | | 11/14/2005 | $0.00 | $0.00 | ($0.85) | $0.00 | $131.71 |
| Mail MO | BILL TOWERS | 11/14/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $151.71 |
| | | | | | | Ending Mth Balance: | $151.71 |

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($6.35)