**ORIGINAL**

Form To Be Used By A Prisoner In Filing A Complaint
Under The Civil Rights Act, 42 U.S.C. {}1983
In The United States District Court For The District OF Delaware

(1) Robert W. Hassett 3rd SBI NO: (337363) .}
P.O. Box 500, Georgetown, DE 19947……... }

(2) _____....}

_____.....}   (Case Number) __05-851__

(Each named party must be listed, and all names must ..}
be printed or typed. Use additional sheets if needed).....}

(1) Correctional Medical Service...................}   Civil Complaint
(2) Dr. Roberta Burns .............................}
(3) Nurse Practitioner Francis .....................}  .. Jury Trial Request
(4) Unknown Nurse for C.M.S.....................}
(5) Stanley Taylor ................................}
(6) Richard Kearney..............................}
    (Names of Defendant
(Each named party must be listed, and all name must
be printed or typed. Use additional sheets if needed)

I. Previous Lawsuits
    A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_____
_____
_____
_____



RECEIVED
DEC 8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

By Mail
IFP

**II. Exhaustion Of Administrative Remedies**

In order to proceed in federal court, you must fully exhust any available administrative remedies as to each ground on which you request action.
A. Is there a prisoner grievance procedure available at your present institution? ..Yes..No
B. Have you fully exhausted your administrative remedies regarding each of your present claims? Yes .. No
C. If answer to B. is Yes:
1. What steps did you take? I continued to notify medical of issue, as well as filed grievances to no avail.
2. What was the results? Medical staff refuses to treat issue and was denied on grievances.
D. If your answer to B is no, explain why not: _____

**III. Defendants** (in order listed on the caption)

(1) Name of first defendant: Correctional Medical Service
Employed as Medical at Sussex Correctional Inst.
Mailing address with zip code: P.O. Box 500, Georgetown, DE 19947, and 12647 Olive Boulevard, St. Louis, MO. 63141

(2) Name of second defendant: Dr. Roberta Burns
Employed as Doctor at Sussex Correctional Inst.
Mailing address with zip code: P.O. Box 500, Georgetown, DE 19947

(3) Name of third defendant: Nurse Practitioner Francis
Employed as nurse Practitioner at Sussex correctional Inst.
Mailing address with zip: P.O. Box 500, Georgetown, DE 19947

(list any defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

(4) name: unknown nurse for CMS medical employed as: Nurse at: Sussex correctional Inst. Address: P.O. Box 500, Georgetown, DE 19947

(5) Stanley Taylor
Employed as: Commissioner of prisons at: central administration bldg. Address: central administration bldg. 295 McKee road, Dover, DE 19904

(6) Name: Richard Kearney employed as: Warden at: Sussex Correctional Inst. Address: P.O. Box 500, Georgetown, DE 19947

## IV. Statement of claim

(Statement as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite cases or status. Attach no more than three extra sheets of paper if necessary.)

1. (2) On/or about June 6, 2005, the plaintiff suffered a dislocated knee with possible torn ligaments/muscles. This injury occurred at the prisons Gym. (3) The plaintiff had another inmate help reset the knee. At which time the gym officer escorted the plaintiff to the medical office. (4). At which time the unknown nurse told the plaintiff that he was stupid for receiving this injury. And that she saw nothing she could do. At which point I was told to leave medical.

(5) I could not walk or even apply pressure on my injured knee. Another inmate had to assist me to my housing unit. On the way Lt. Pain saw the plaintiff and told him he would get him crutches. (6) That evening Lt. Pain obtained crutches. (7) That evening Lt. Pain obtained crutches for the plaintiff. Following a month of complaints for existing pain. (8) The plaintiff had been seen by, Nurse Practitioner Francis. Francis told the plaintiff she would order x-rays. And if there was no problem she was taken the plaintiffs knee braces. She took the crutches at this time.

(9) After the x-rays, Francis saw the plaintiff about 3 weeks later. Where upon, Francis did not take the plaintiffs knee braces. But said injuries happen. And she could do nothing for me. (10) After another week or so, the plaintiff's knee popped out on him again. And the officer said that he had to put in a sick call, because it was not life threaten. (11) So the plaintiff did as he was told. (12) And the plaintiff did as he was told. And when the plaintiff went to medical. The unknown nurse told the plaintiff she did not believe him because she did not read in the medical chart that someone from medical had re-set the plaintiffs knee. (Officer Thomas witness this)

(13) the plaintiff continued to put sick call slips in to medical. And finally a nurse put the plaintiff on to see Dr. Burns, which said that the x-ray does not depict muscle and tendon tissue-was plaintiffs' response. (14) The plaintiff notified Dr. Burns of the constant pain and how his knee gives out or pops out at times. She said there was nothing she could do for that. At which point she ordered new knew braces, because the ones previously given to the plaintiff were of the wrong sizes. She also gave the plaintiff 800mg of motion, which do nothing for the pain. (15) The medical staff in this case did

## IV. Statement of claim continue

not fulfill their duties in providing proper health care to the plaintiff. Resulting in sever pain and possible long-term damage to the plaintiffs knee.

(16) Correctional medical services are as liable for this incident as well. Correctional medical services are too accountable for the liability involved. Do to the facts that medical staff members hired were in any way sufficiently qualified to practice this type of responsibility required in medical treatment resulted in negligence of assistance in treatment service to inmates healthcare at SCI. (17) Stanley Taylor is responsible for the plaintiffs pain and suffering do to his no bid contract with C.M.S. Had Stan Taylor done his job and put the contract out for bid. A more capable and responsible medical staff would be running treatment for S.C.I. Therefore; the plaintiff would have had proper treatment. (18) Richard Kearney also is to blame for the plaintiff's pain and suffering, Warden Kearney could have looked into the complaint about medical long ago. And presented a solution to the problem. Instead his actions were to look the other way. Leaving plaintiff to suffer at the hands of C.M.S. medical.

## V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

(19) The plaintiff request that the court order the plaintiff be taken to outside medical treatment where his knee can be examined by a specialist.

(20) Where the muscles and tendons can be examined. And the plaintiff can be treated for his pain. The plaintiff wants to be awarded $161,000.00 for his pain and suffering to date. In addition, to be awarded 1.8 million dollars for the mental, emotional, and physical pain the plaintiff will have for the rest of his life. (21) The plaintiff's medical recovery was not according to any reasonable standard of health care and insurance guidelines, provisional, or regulations. (22) The injury results will sustain permanency with added medical conditions resulting, such as post-trauma aspects in and to injured areas of the alignments of ligaments, scared tissue, and muscle structure formation.

(23) And suffering to date included as awarded amount of 1.8 million dollars for the on set of pre-existing damages and additional damages of mental health stress, emotional, and physical damages to the plaintiff. (24) In evaluation of long term suffering

## V. Relief continue

from this medical condition will serve as means to prompt continues treatment maintaining remedial medical intervention.

I declare penalty of perjury that is true and correct.

Signed this ___6___ day of ___Dec.___, 2 _005_ .

___Robert Hassett___
(Signature of Plaintiff 1)

_____
(Signature of plaintiff 2)

_____
(Signature of Plaintiff 3)

