IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT W. HASSETT III (SBI 337363) }<br>P.O. BOX 500, GEORGETOWN, DE 19947 } | |
| PLAINTIFF } | |
| } | CILVIL NO: 0 5 - 8 5 1 |
| V.S. } | |
| 1) CORRECTIONAL MEDICAL SERVICES }<br>2) DR. ROBERT BURNS }<br>3) NURSE PRACTIONER FRANCISIS }<br>4} UNKNOW NURSE PRACTIONER FOR CMS }<br>5} STANLEY TAYLOR }<br>6} RICHARD KEARNEY } | CILVIL COMPLAINT |
| RESPONDENT } | RECEIVED DEC 8 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE |

### MOTION FOR THE APPOINTMENT OF COUNSEL

PLAINTIFF ROBERT W. HASSETT III, PURSUANT TO & TO 1915, REQUEST THIS COURT TO APPOINT COUNSEL TO REPRESENT, WHEREFORE PLAINTIFF IS NOT ABLE TO AFFORD COUNSEL.

PLAINTIFF ROBERT W. HASSETT III PURSUANT TO & 1915, REQUSET THIS COURT TO APPOINT COUNSEL.

1. THE PLAINTIFF IS NOT ABLE TO AFFORD COUNSEL. 2. THE ISSUES INVOLVED IN THIS CASE ARE COMPLEX. 3. THE PLAINTIFF, SERGREGATION INMATE, HAS EXTREMELY LIMMITED ACCESS TO THE LAW LIBRARY. 4. THE PLAINTIFF HAS LIMITED KNOWLEDGE OF THE LAW. 5. THE PLAINTIFF HAS A LIMMITED COMPREHENSION LEVEL, DUE TO MENTAL ILLNESS. 6. THE PLAINTIFF ONLY HAS AN 8TH GRADE EDUCATION.

DATE: 12-6-05

ROBERT W. HASSETT 3RD.
PRO-SAY (SBI 337363)
P.O. BOX 500
GEORGETOWN, DE 19947