# ORIGINAL

R E C E I V E D

DEC  8 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## IN THE UNITED STATES DISTRICT
## COURT FOR THE DISTRICT OF DELAWARE

ROBERT W. HASSETT III (SBI 337363)    }
P.O. BOX 500, GEORGETOWN, DE 19947    }

     PLAINTIFF    }
                         }
                         }    CILVIL NO:    0 5 - 8 5 1
V.S.    }

1) CORRECTIONAL MEDICAL SERVICES    }
2) DR. ROBERT BURNS    }
3) NURSE PRACTIONER FRANCISIS    }
4} UNKNOW NURSE PRACTIONER FOR CMS    }
5} STANLEY TAYLOR    }    CILVIL COMPLAINT
6} RICHARD KEARNEY    }

     RESPONDENTS    }

AFFIDAVIT IN SUPPORT OF THE  Plaintiff  MOTION FOR APPOINTMENT OF COUNSEL

ROBERT W. HASSETT 3RD, BEING DULY SWORN, DEPOSES AND SAYS:

I am the plaintiff in the above-entitled case. I make this affidavit in support of my
motion for the appointment of counsel. The complaint in this case alleges that the
plaintiff was subjected to the misuse of medical attention. Whereas, the unknown nurse:
disregarded the plaintiff's injury, and would not continue to give proper treatment.
Through plaintiffs continued complaints. The nurse practitioner, respondent, N.P. Francis
and Dr. burns, continued to dismiss plaintiffs claim of pain. The plaintiff was
subsequently denied due process of medical treatment. Plaintiff filed grievances and was
given no relief. This is a complex case because it contains several different legal claims,
with each claim involving a different set of respondents. The case involves medical issues
that may require expert testimony. The plaintiff has demanded a jury trial.  The case will
require discovery of documents and depositions of a number of witnesses. The testimony
will be in sharp conflict, since the plaintiff alleges that the respondents denied the
plaintiff with adequate medical care, while the defendants in their reports assert that they
performed their duties.  The plaintiff has only an 8th grade education and has no legal
education.  The plaintiff is serving a sentence in segregation.

AFFIDAVIT IN SUPPORT OF THE RESPONDENT MOTION FOR APPOINTMENT OF COUNSEL

For this reason he has very limited access to legal materials and has no ability to investigate the facts of the case, for example, by locating interviewing the other inmates who were eyewitnesses. As set forth in the memorandum of law submitted with this motion, these facts, along with the legal merit of the plaintiff's claims support the appointment of counsel to represent the plaintiff.

WHEREFORE, THE PLAINTIFFS MOTION FOR THE APPOINTMENT OF COUNSEL SHOULD BE GRANTED.

ROBERT W. HASSETT 3RD

Sworn to before me this 6 day of December 2005

Notary public,

JUDITH ANN LEDERMAN
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires August 19, 2007