**ORIGINAL**

IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF DELAWARE

RECEIVED
DEC 8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

ROBERT W. HASSETT III (SBI 337363)  }
P.O. BOX 500, GEORGETOWN, DE 19947  }

    PLAINTIFF  }
                              }
                              }  CILVIL NO:  05-851
V.S.                          }

1) CORRECTIONAL MEDICAL SERVICES  }
2) DR. ROBERT BURNS  }
3) NURSE PRACTIONER FRANCISIS  }
4} UNKNOW NURSE PRACTIONER FOR CMS }
5} STANLEY TAYLOR  }  CILVIL COMPLAINT
6} RICHARD KEARNEY  }

    RESPONDENT  }

<u>PLAINTIFF'S INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS</u>

    Pursuant to Rule 33 and 34, Fed. R. Civ. P., the plaintiff submits the following interrogatories and requests for documents to the defendants. You are directed to answer each of the interrogatories in writing under oath, and produce each of the requested documents for inspection and copying, within 30 days of service.

    1) State the duties of defendant Correctional medical service at Sussex correctional inst. (S.C.I.) If those duties are set forth in any job description or other document, produce the document. 2) State the duties of Dr. Roberta Burns, Nurse Practitioner Francis, and unknown Nurse for C.M.S. at Sussex correctional inst. (S.C.I.) If those duties are set forth in any job description or other document, produce the document. 3) State the duties of defendant Stanley Taylor, commissioner of corrections of S.C.I. insofar as they pertain to providing medical care to prisoners or transportation of prisoners to medical appointments or facilities. If those duties are set forth in any job description or other document produce the document. 4) State the duties of defendant Richard Kearney, Warden for administration at S.C.I., insofar as they pertain to providing medical care to prisoners or transportation of prisoners to medical appointments or facilities. If those duties are set forth, in any job description or other document, produce the document.

PLAINTIFF'S INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

5) State the names, titles, and duties of all staff members at S.C.I., other than defendants stated above, who has responsibility for scheduling prisoners' medical appointments outside the prison, for arranging transportation to medical appointments outside the prison, or for evaluating requests for specialized treatment or evaluation. If those duties are set forth, in any job description or other document, produce the document. 6) State the names, title, and duties of all staff members at S.C.I., other than defendants stated above, who have responsibility for ensuring that inmates' requests for medical attention are responded to. If those duties are set forth, in any job description or other document, produce the document. 7) State the procedure in effect from May 15, 2005 thru the time you receive this and response; at S.C.I. for conducting sick call, emergency, including the procedure by which inmates sign up for or request sick call, emergency visit. If the procedure is different for segregation inmates than for general population inmates, state both procedures. If those procedures are set forth in any policy, directive, or other document, produce the document. 8) State the names, title, and duties of all staff members at S.C.I. who have responsibility for responding to, investigating or deciding inmate grievances. If those duties are set forth, in any job description, policy, directive, and or other document produce the document. 9) State the procedure in effect from May 15, 2005 thru Nov. 15. 2005 for responding to, investigating and deciding inmate grievances based on medical complaints is different from the procedure for handling other kinds of grievances, state both procedures. If those procedures are set forth in any directive, manual or other documents, produce the document.

Date: 12-6-05

Robert W. Hassett 3rd
SBI 337363 S.C.I.
P.O. Box 500
Georgetown, DE 19947

*Robert Hassett*