IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF DELAWARE

ROBERT W. HASSETT III (SBI 337363)  }
P. O. BOX 500, GEORGETOWN, DE 19947  }

    PLAINTIFF  }
                              }
                              }   CILVIL NO:   05-851
V.S.  }
1) CORRECTIONAL MEDICAL SERVICES  }
2) DR. ROBERT BURNS  }
3) NURSE PRACTIONER FRANCISIS  }
4} UNKNOW NURSE PRACTIONER FOR CMS  }
5} STANLEY TAYLOR  }   CILVIL COMPLAINT
6} RICHARD KEARNEY  }

    RESPONDENTS  }

**ORIGINAL**

## PLAINTIFFS REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rule 34, Fed. R. Civ. P., respondents produce the documents listed herein within 30 days, either by providing the plaintiff with copies or by making them available to the plaintiff for inspection and copying.

1) Any and all grievances, complaints, or other documents received by the defendants or their agents at Sussex correctional inst. Concerning mistreatment of inmates by defendants or their agents at Sussex correctional inst. Concerning mistreatment of inmates by respondent's, Dr. Burn, NP Francis, C.M.S. and unknown nurse, and any memoranda, investigative files, or other documents created in response to such documents, since January 1, 2005. 2) Any and all policies, directives, or instructions to staff concerning medical treatment by C.M.S. and Sussex correctional inst.) Staff. 3) Any and all polices, directives, or instructions to staff governing sick call procedures, both in general population and in segregation. 4) All sick call request sheets from the period May 20, 2005 to the date of year response. 5) The plaintiff's complete medical records from May 15, 2005 to the date of your response. 6) Any logs, list, or other documentation reflecting grievances filed by S.C.I. inmates from June 1, 2005 to the date of your response.

PLAINTIFFS REQUEST FOR PRODUCTION OF DOCUMENTS CONTINUE

7) Any and all documents created by any Sussex correctional inst./correctional medical service staff member in response to a grievance filed by the plaintiff from June 2005-Nov. 15, 2005 concerning his medical care. 8) Any and all documents created by any Sussex correctional staff member from May 15, 2005 to date concerning the plaintiff's medical care and not included in items 5,6 and 7 of the request.

Date: 12-6-05

Robert W. Hassett 3rd
SBI 337363 SCI
P.O. Box 500
Georgetown, DE 19947