Dec. 6, 2005

Dear Clerk,

05-851

Please take notice, that Robert Hassett is filing with the District court a §1983 civil claim herewith. With forma Pauperis attached along with motion for appointment of counsel and Motion in support. Along with motions for production of Documents attached.

I have provided 6 copies for the 6 respondents. Please file the Plaintiffs 42 USC. §1983 civil complaint. Along with forma Pauperis, and other motions. Orignal copy is on top. Copies are others. Thankyou very much.

cc. District clerk   Robert Hassett
 "  Robert Hassett.  Robert Hassett