IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT W. HASSETT, III. | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) Civil Action No. 05-851-JJF |
| | ) |
| CORRECTIONAL MEDICAL SERVICE, | ) |
| DR. ROBERTA BURNS, NURSE | ) |
| PRACTITIONER FRANCIS, UNKNOWN | ) |
| NURSE (for C.M.S.),STAN TAYLOR, | ) |
| and RICK KEARNEY | ) |
| | ) |
|     Defendants. | ) |

**AUTHORIZATION**

    I, Robert W. Hassett, III., SBI #337363, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $28.22, and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _____, 2005.

    This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This

authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____, 2005.

_____
Signature of Plaintiff