IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ROBERT W. HASSETT, III.            )
                                   )
         Plaintiff,                )
                                   )
    v.                             ) Civil Action No. 05-851-JJF
                                   )
CORRECTIONAL MEDICAL SERVICE,      )
DR. ROBERTA BURNS, NURSE           )
PRACTITIONER FRANCIS, UNKNOWN      )
NURSE (for C.M.S.), STAN TAYLOR,   )
and RICK KEARNEY                   )
                                   )
         Defendants.               )

FILED
JAN - 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AUTHORIZATION**

I, Robert W. Hassett, III., SBI #337363, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $28.22, and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated  Dec. 22  , 2005.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This

authorization shall apply to any other agency into whose custody I may be transferred.

Date: __DEC. 30__, _____, 2005.

*Robert Hassett*
Signature of Plaintiff

I/M: Robert Hassett BLDG: MSB-Bol-A
SUSSEX CORRECTIONAL INSTITUTION          SBI 337363
P.O. BOX 500
GEORGETOWN, DELAWARE  19947

```
                    1455  U.S. POSTAGE  PB2230370
                    7909  $00.370       JAN 03 06
                    7713  FROM ZIP CODE  19947
```

Office of the Clerk
U.S. District Court
844 N. King Street
Lock Box 18
Wilmington, Del. 1980) - 3570