Dear clerk of court,

Here are the marshall forms spoken and request by the court in Hassett v. Correctional medical service, et. al., ; Civ. No. 05-851-JJF. of memorandum order pg. 7.

sincerely,
Robert Hassett
Robert Hassett



An envelope



1176 U.S.POSTAGE
7920 $01.55
9836 FROM ZIP

I/M: Robert Hassett BLDG. MSB 25L-1
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500 SBI 337363
GEORGETOWN, DELAWARE 19947

office of the clerk
United States District Court
844 N. King Street, Lock Box 18
Wilmington, Del.
19801-3570