4-18-06

Dear; Clerk of the U.S. District Court,
  Attn: Peter T. Dalleo,

Re: Civil Action # 05-851-(JJF)

Mr. Dalleo,

 I filed in the court motions Discovery of documents, i.e. (Prodution of Documents) and motion for Plaintiff's interrogatories and Request for Production of Documents.
 These motions were attached to the §1983 form and Brief in support. I am inquiring as to where they stand in the court. Has any ruling been made. If you could please notify me as to their position. I would gratly appreicate it.
 Thank you for your time in this matter.

     Sincerely,
     Robert Hassett
     Robert Hassett
     SBI 337363

[FILED APR 21 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE]
B) scanned

I/M: Robert Hassett   BLDG: MSB-PSL-A
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500    SBI 337363
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE $00.390
APR 19 06
19947

C.S.M.S.
X-RAY

Office of the Clerk
U.S. District Court
Attn: Peter T. Dalleo

Lock Box 18
844 King Street
U.S. Courthouse
Wilmington, Del.
19801