OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 27, 2006

TO:  Robert W. Hassett, III
     SBI# 337363
     Sussex Correctional Institution
     P.O. Box 500
     Georgetown, DE 19947

     *RE:  Status Letter; 05-851(JJF)*

Dear Mr. Hassett:

     This office received a letter from you requesting the status
of case 05-851.  Your case is assigned to the Honorable Joseph J.
Farnan, Jr., and is pending before the Court.  You will be advised
by the Court as to further developments in your case. Enclosed
please find a docket sheet for the above mentioned case.

     I trust that this letter answers your questions concerning
this matter.  Nothing contained in this letter is intended to
express an opinion as to the merits of any claims which you may be
alleging.

                              Sincerely,

/bad                          PETER T. DALLEO
                              CLERK

cc:  The Honorable Joseph J. Farnan, Jr.
enc. Docket Sheet