## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT W. HASSETT, III, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ No. 05-851-JJF |
| | : | |
| CORRECTIONAL MEDICAL SERVICES, et al., | : | |
| | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

**TO:   CLERK OF THE COURT**

Kindly enter my appearance on behalf of defendants, Correctional Medical Service, Dr. Roberta Burns and Nurse Practitioner Francis the above-captioned matter.

                                          MARSHALL, DENNEHEY, WARNER,
                                          COLEMAN & GOGGIN

                                          BY:   /s/ Kevin J. Connors
                                             KEVIN J. CONNORS, ESQ.
                                             DE Bar ID: 2135
                                             1220 North Market Street, 5th Fl.
                                             P.O. Box 8888
                                             Wilmington, DE 19899-8888
                                             Attorney for Defendants,
                                             Correctional Medical Services,
                                             Dr. Roberta Burns and
                                             Nurse Practitioner Francis

DATED:  April 28, 2006
\15_A\LIAB\KJCONNORS\SLPG\349611\LAREFNER\13252\00164

## **CERTIFICATE OF SERVICE**

I, Kevin J. Connors, hereby certify that two (2) copies of the **ENTRY OF APPEARANCE** have been served by E-File and Regular Mail to the following:

Robert W. Hassett, III
SBI #337363
Sussex Correctional Institution
PO Box 500
Georgetown, DE 19947

                                            MARSHALL, DENNEHEY, WARNER,
                                            COLEMAN & GOGGIN

                                      BY:   /s/ Kevin J. Connors
                                          KEVIN J. CONNORS, ESQ.
                                          DE Bar ID: 2135
                                          1220 North Market Street, 5th Fl.
                                          P.O. Box 8888
                                          Wilmington, DE 19899-8888
                                          Attorney for Defendant,
                                          Correctional Medical Services,
                                          Dr. Roberta Burns and
                                          Nurse Practitioner Francis

DATED:  April 28, 2006
\15_A\LIAB\KJCONNORS\SLPG\349611\LAREFNER\13252\00164