**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

ROBERT W. HASSETT, III,   :
            :
   Plaintiff,     :
            :
   v.        :  Civ No. 05-851-JJF
            :
CORRECTIONAL MEDICAL   :
SERVICES, et al.,     :
            :
   Defendants.    :

**MOTION OF DEFENDANTS, CORRECTIONAL MEDICAL SERVICES,  DR.
ROBERTA BURNS AND NURSE PRACTITIONER FRANCIS, FOR AN EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants, Correctional Medical Services, Dr. Roberta Burns and Nurse Practitioner

Francis, through our undersigned counsel, hereby move this Honorable Court to enter the

attached Order, granting them an extension of time until May 31, 2006 in which to respond to

plaintiff's Complaint and, in support thereof, avers as follows:

1.  A Waiver of Service was returned executed by Defendant, Nurse Practitioner

Francis, making her response to Plaintiff's Complaint due on or before May 1, 2006, D.I. #18 and

a Waiver of Service was returned executed by Defendant, Dr. Roberta Burns, making her

response to plaintiff's Complaint due on May 6, 2006.  D.I.#19.

2.  By letter dated April 11, 2006, the undersigned counsel returned an executed

Waiver of Service form on behalf of defendant, Correctional Medical Services, making its

response to plaintiff's Complaint due on May 1, 2006.

3.    Because of the nature of the allegations in plaintiff's Complaint, the undersigned

defense counsel requires additional time to obtain and review plaintiff's medical records in order

to respond to plaintiff's Complaint.

WHEREFORE, defendants, Correctional Medical Service, Dr. Roberta Burns and Nurse

Practitioner Francis, respectfully move this Honorable Court to enter the attached Order, granting

them an extension of time until May 31, 2006 in which to Respond to Plaintiff's Complaint.


MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN


BY:    /s/ Kevin J. Connors
    KEVIN J. CONNORS, ESQ.
    DE Bar ID: 2135
    1220 North Market Street, 5th Fl.
    P.O. Box 8888
    Wilmington, DE 19899-8888
    Attorney for Defendants,
    Correctional Medical Services,
    Dr. Roberta Burns and
    Nurse Practitioner Francis

DATED:  April 28, 2006
\15_A\LIAB\KJCONNORS\DISC\349613\LAREFNER\13252\00163

## CERTIFICATE OF SERVICE

I, Kevin J. Connors, hereby certify that two (2) copies of the **MOTION OF DEFENDANTS, CORRECTIONAL MEDICAL SERVICES,  DR. ROBERTA BURNS AND NURSE PRACTITIONER FRANCIS, FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** have been served by E-File and Regular Mail to the following:

Robert W. Hassett, III
SBI #337363
Sussex Correctional Institution
PO Box 500
Georgetown, DE 19947

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY:    /s/ Kevin J. Connors
          KEVIN J. CONNORS, ESQ.
          DE Bar ID: 2135
          1220 North Market Street, 5th Fl.
          P.O. Box 8888
          Wilmington, DE 19899-8888
          Attorney for Defendant,
          Correctional Medical Services,
          Dr. Roberta Burns and
          Nurse Practitioner Francis

DATED:  April 28, 2006
\I5_A\LIAB\KJCONNORS\DISC\349613\LAREFNER\13252\00163