**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ROBERT W. HASSETT, III, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ No. 05-851-JJF |
| | : | |
| CORRECTIONAL MEDICAL SERVICES, et al., | : | |
| | : | |
| Defendants. | : | |

## RULE 7.1.1 STATEMENT OF DEFENDANTS, CORRECTIONAL MEDICAL SERVICES, DR. ROBERTA BURNS AND NURSE PRACTITIONER FRANCIS

The undersigned counsel for defendants, Correctional Medical Services, Dr. Roberta Burns and Nurse Practitioner Francis, hereby certifies that he is unable to contact Pro Se plaintiff, Robert W. Hassett, III, directly by telephone to determine whether he consents to the relief requested because plaintiff is currently incarcerated at the Sussex Correctional Institution in Georgetown, Delaware.

    MARSHALL, DENNEHEY, WARNER,
    COLEMAN & GOGGIN

    BY:   /s/ Kevin J. Connors
        KEVIN J. CONNORS, ESQ.
        DE Bar ID: 2135
        1220 North Market Street, 5th Fl.
        P.O. Box 8888
        Wilmington, DE 19899-8888
        Attorney for Defendants,
       Correctional Medical Services,
        Dr. Roberta Burns and
        Nurse Practitioner Francis

DATED: April 28, 2006

## CERTIFICATE OF SERVICE

I, Kevin J. Connors, hereby certify that two (2) copies of the **RULE 7.1.1 STATEMENT OF DEFENDANTS, CORRECTIONAL MEDICAL SERVICES, INC., DR. ROBERTA BURNS AND NURSE PRACTITIONER FRANCIS**, have been served by E-File and Regular Mail to the following:

Robert W. Hassett, III
SBI #337363
Sussex Correctional Institution
PO Box 500
Georgetown, DE 19947

        MARSHALL, DENNEHEY, WARNER,
        COLEMAN & GOGGIN

        BY:   /s/ Kevin J. Connors
           KEVIN J. CONNORS, ESQ.
           DE Bar ID: 2135
           1220 North Market Street, 5th Fl.
           P.O. Box 8888
           Wilmington, DE 19899-8888
          Correctional Medical Services,
           Dr. Roberta Burns and
           Nurse Practitioner Francis

DATED: April 28, 2006
\15_A\LIAB\KJCONNORS\CORR\349628\LAREFNER\13252\00163