IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |  |
|---|---|---|
| ROBERT W. HASSETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-851-JJF |
| | ) | |
| CORRECTIONAL MEDICAL SYSTEMS, ROBERTA BURNS, NURSE PRACTITIONER FRANCIS, UNKNOWN NURSE, STAN TAYLOR, RICHARD KEARNEY | ) ) ) ) ) ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Lisa Barchi on behalf of State Defendant Rick Kearney. The State Defendant specifically reserves the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

       STATE OF DELAWARE
       DEPARTMENT OF JUSTICE

       /s/ Lisa Barchi
       Lisa Barchi (I.D. 3927)
       Deputy Attorney General
       Department of Justice
       820 N. French Street, 6th floor
       Wilmington, DE 19801
       (302) 577-8400
       lisa.barchi@state.de.us

Dated: May 1, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2006, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on May 1, 2006 I have mailed by United States Postal Service, the document to the following non-registered participants:

> Robert Hassett
> SBI # 337363
> Sussex Correctional Institution
> P.O. Box 500
> Georgetown, DE 19947

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Lisa Barchi
Lisa Barchi (I.D. 3927)
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
lisa.barchi@state.de.us