IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT W. HASSETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-851-JJF |
| | ) | |
| CORRECTIONAL MEDICAL SYSTEMS, | ) | |
| ROBERTA BURNS, NURSE | ) | |
| PRACTITIONER FRANCIS, UNKNOWN | ) | |
| NURSE, STAN TAYLOR, RICHARD | ) | |
| KEARNEY | ) | |
| | ) | |
| Defendants. | ) | |

**STATE DEFENDANT'S MOTION TO DISMISS/SUMMARY JUDGMENT PURSUANT TO RULES 12 (b)(1) AND 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

COMES NOW, State Defendant, Richard Kearney, by and through undersigned counsel, and hereby respectfully request that this Honorable Court enter an Order, pursuant to Rules 12(b)(1), 12 (b)(6) and 56(c) of the Federal Rules of Civil Procedure, dismissing with prejudice all claims against the State Defendant. In support of his motion to dismiss/summary judgment, State Defendant has filed simultaneously herewith a memorandum of points and authorities demonstrating the requested relief.

WHEREFORE, State Defendant respectfully requests that this Honorable Court enter an Order dismissing Plaintiff's claims with prejudice.

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/ Lisa Barchi
    Lisa Barchi  #3927
    Deputy Attorney General
    Carvel State Office Building
    820 N. French Street, 6th floor
    Wilmington, DE 19801
    (302) 577-8400

                                                       lisa.barch@state.de.us

                                                       Attorney for Defendant Rick Kearney

DATE: May 1, 2006

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT W. HASSETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 05-851-JJF |
| | ) |
| CORRECTIONAL MEDICAL SYSTEMS, | ) |
| ROBERTA BURNS, NURSE | ) |
| PRACTITIONER FRANCIS, UNKNOWN | ) |
| NURSE, STAN TAYLOR, RICHARD | ) |
| KEARNEY | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

AND NOW, this _____ day of _____, 2006, the Motion to Dismiss filed by Defendant Richard Kearney in the above-captioned matter having been duly considered, and any opposition thereto,

IT IS ORDERED that the Motion to Dismiss is granted and that judgment is hereby entered in favor of the movant and against the Plaintiff.

_____
The Honorable Joseph J. Farnan, Jr., Judge
United States District Court

CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2006 I electronically filed *Motion to Dismiss* with the Clerk of Court using CM/ECF. I hereby certify that on May 1, 2006 I have mailed by United States Postal Service, the document to the following non-registered participant:

Robert Hassett
SBI # 337363
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/s/ Lisa Barchi
Lisa Barchi  # 3927
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400
lisa.barchi@state.de.us