IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ROBERT W. HASSETT, III,       :
                              :
    Plaintiff,                :
                              :
v.                            :    Civ No. 05-851-JJF
                              :
CORRECTIONAL MEDICAL          :
SERVICES, et al.,             :
                              :
    Defendants.               :

## ORDER

AND NOW, this 3 day of May, 2006, upon consideration of the Motion of Defendants, Correctional Medical Service, Dr. Roberta Burns and Nurse Practitioner Francis, for Extension of Time to Respond to Plaintiff's Complaint and Plaintiff's Response thereto, IT IS HEREBY ORDERED that the Motion is GRANTED and Defendants, Correctional Medical Services, Dr. Roberta Burns and Nurse Practitioner Francis, shall respond to Plaintiff's Complaint on or before May 31, 2006.

_____
J.

\15_A\LIAB\KJCONNORS\SLPG\349625\LAREFNER\13252\00163