

IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF DELAWARE

ROBERT W. HASSETT III (SBI 337363) }
P. O. BOX 500, GEORGETOWN, DE 19947 }

    PLAINTIFF }
}
} CILVIL NO: 05 - 851 - JJF
V.S. }
  1) CORRECTIONAL MEDICAL SERVICES }
  2) DR. ROBERT BURNS }
  3) NURSE PRACTIONER FRANCISIS }
  4) UNKNOW NURSE PRACTIONER FOR CMS }
} CILVIL COMPLAINT
  5) RICHARD KEARNEY }

    RESPONDENTS }

FILED
MAY 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PLAINTIFFS REQUEST FOR PRODUCTION OF DOCUMENTS

    Pursuant to Rule 34, Fed. R. Civ. P., respondents produce the documents listed herein within 30 days, either by providing the plaintiff with copies or by making them available to the plaintiff for inspection and copying.

    1) Any and all grievances, complaints, or other documents received by the defendants or their agents at Sussex correctional inst. Concerning mistreatment of inmates by defendants or their agents at Sussex correctional inst. Concerning mistreatment of inmates by respondent's, Dr. Burn, NP Francis, C.M.S. and unknown nurse, and any memoranda, investigative files, or other documents created in response to such documents, since January 1, 2005. 2) Any and all policies, directives, or instructions to staff concerning medical treatment by C.M.S. and Sussex correctional inst.) Staff. 3) Any and all polices, directives, or instructions to staff governing sick call procedures, both in general population and in segregation. 4) All sick call request sheets from the period May 20, 2005 to the date of year response. 5) The plaintiff's complete medical records from May 2000 to the date of your response. 6) Any logs, list, or other documentation reflecting grievances filed by S.C.I. inmates from June 1, 2005 to the date of your response.

PLAINTIFFS REQUEST FOR PRODUCTION OF DOCUMENTS CONTINUE

7) Any and all documents created by any Sussex correctional inst./correctional medical service staff member in response to a grievance filed by the plaintiff from June 2005 – May, 2006 concerning his medical care. 8) Any and all documents created by any Sussex correctional staff member from May 15, 2005 to date concerning the plaintiff's medical care and not included in items 5,6 and 7 of the request.

Date: 5-5-06

Robert Hassett
Robert W. Hassett 3rd
SBI 337363 SCI
P.O. Box 500
Georgetown, DE 19947

## Certificate of service

I Robert Hussett, hereby certify that I have served a true and correct copy of the attached motion for documents and motion for interrogatories and request for documents. upon the following person(s);

Lisa Barchi
D.A.G.
Carvel State off. Bldg.
820. N. French Street,
6th Floor.
Wilmington, Del. 19801

Correctional med. Service
12687 Olive Blvd.
St. Louis, Mo.
63141

By placing same in a sealed, postage pre paid envelope and depositing same in the U.S. Mail. at S.C.I, P.O. Box 500, Georgetown, Del, 19947.

This 5 day of May, 2006.

Robert Hussett

I/M: Robert Hassett    BLDG: MSB-ISL-1
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500    SBI 337363
GEORGETOWN, DELAWARE 19947

1126 U.S. POSTAGE  PB 2230370
7913 $00.870      MAY 09 06
2341              19947

U.S.M. X-RAY

office of the
United States District Court

Lock Box 18
844 King Street
U.S. Court house
Wilmington, Del. 19801