

## IN THE UNITED STATES DISTRICT
## COURT FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT W. HASSETT III (SBI 337363) | } | |
| P.O. BOX 500, GEORGETOWN, DE 19947 | } | |
| | } | |
| PLAINTIFF | } | |
| | } | |
| | } | CILVIL NO: 05-851-JJF |
| V.S. | } | |
| | } | |
| 1) CORRECTIONAL MEDICAL SERVICES | } | |
| 2) DR. ROBERT BURNS | } | |
| 3) NURSE PRACTIONER FRANCISIS | } | |
| 4} UNKNOW NURSE PRACTIONER FOR CMS | } | |
| | } | CILVIL COMPLAINT **FILED** MAY 10 2006 |
| 5) RICHARD KEARNEY | } | U.S. DISTRICT COURT DISTRICT OF DELAWARE |
| | | |
| RESPONDENTS | } | |

### PLAINTIFF'S INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rule 33 and 34, Fed. R. Civ. P., the plaintiff submits the following interrogatories and requests for documents to the respondents. You are directed to answer each of the interrogatories in writing under oath, and produce each of the requested documents for inspection and copying, within 30 days of service.

Date: 5-5-06

*Robert Hassett*

Robert W. Hassett 3rd
SBI 337363 S.C.I.
P.O. Box 500
Georgetown, DE 19947

## PLAINTIFF'S INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

1) Respondents at Correctional medical service at Sussex correctional inst. (S.C.I.) If those duties are set forth in any job description or other document, produce the document.

2) State the duties of Dr. Roberta Burns, Nurse Practitioner Francis, and unknown Nurse for C.M.S. at Sussex correctional inst. (S.C.I.) If those duties are set forth in any job description or other document, produce the document.

3) State the duties of defendant Stanley Taylor, commissioner of corrections of S.C.I. insofar as they pertain to providing medical care to prisoners or transportation of prisoners to medical appointments or facilities. If those duties are set forth in any job description or other document produce the document.

4) State the duties of respondent, Richard Kearney, Warden, for administration at S.C.I., insofar as they pertain to providing medical care to prisoners or transportation of prisoners to medical appointments or facilities. If those duties are set forth, in any job description or other document, produce the document.

5) State the names, titles, and duties of all staff members at S.C.I., other than respondents stated above, who has responsibility for scheduling prisoners' medical appointments outside the prison, for arranging transportation to medical appointments outside the prison, or for evaluating requests for specialized treatment or evaluation. If those duties are set forth, in any job description or other document, produce the document.

6) State the names, title, and duties of all staff members at S.C.I., other than defendants stated above, who have responsibility for ensuring that inmates' requests for medical attention are responded to. If those duties are set forth, in any job description or other document, produce the document.

7) State the procedure in effect from May 15, 2005 thru the time you receive this and response; at S.C.I. for conducting sick call, emergency, including the procedure by which inmates sign up for or request sick call, emergency visit. If the procedure is different for segregation inmates than for general population inmates, state both

**PLAINTIFF'S INTERROGATORIES**
**AND**
**REQUEST FOR PRODUCTION OF DOCUMENTS  CONTINUE**

procedures. If those procedures are set forth in any policy, directive, or other document, produce the document.

8) State the names, title, and duties of all staff members at S.C.I. who have responsibility for responding to, investigating or deciding inmate grievances. If those duties are set forth, in any job description, policy, directive, and or other document produce the document.

9) State the procedure in effect from May 15, 2005 thru *May, 2006* for responding to, investigating and deciding inmate grievances based on medical complaints is different from the procedure for handling other kinds of grievances, state both procedures. If those procedures are set forth in any directive, manual or other documents, produce the document.

*Robert Hassett*

In The United States District
Court For the District of Delaware

Robert W. Hassett,                *
                                  *
        V.                        *
                                  *   C. A. No. 05-851-JJF
Correctional Medical Service,     *
et. al.                           *
                                  *
                                  *

## ORDER

IT IS HEREBY ORDERED, this _____ day of _____, 20____ that

the attached Motion for _Production of Documents and interrogatories_

Has been read and considered.

IT IS ORDERED THAT _Both motions are granted and
all requested documents are to be copied
and delivered to the plaintiff in a timely
manner; to prepare any and all motions to follow_

_____
JUDGE