IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT W. HASSETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-851-JJF |
| | ) |
| CORRECTIONAL MEDICAL SYSTEMS, | ) |
| ROBERTA BURNS, NURSE | ) |
| PRACTITIONER FRANCIS, UNKNOWN | ) |
| NURSE, STAN TAYLOR, RICHARD | ) |
| KEARNEY | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF DEPUTY WARDEN MIKE DELOY

I, Mike DeLoy, having been duly sworn according to the law, do hereby depose and state the following:

1. I am employed by the State of Delaware, Department of Correction at the Sussex Correctional Institution in Georgetown, Delaware as Deputy Warden. I have been employed by the Department of Correction for twenty-five years. My duties include operational oversight of the processes, policies and procedures of the Sussex Correctional Institution. I have held this position since October 16, 1996.

2. In response to a request from the State of Delaware Department of Justice, I have been asked to review records and provide clarification about the role of non-medical prison officials regarding medical decisions.

3. I have reviewed the Consultation Request form. This form is not used to communicate with the non-medical prison officials in any manner. This form is used by the medical staff to request that their medical director initiate a consultation with a physician or service outside their

network. (*See* consultation form attached as Exhibit "1").

4. Non-medical prison officials are not privy to, or consulted about medical decisions regarding consultations with providers outside the prison. Those decisions are left to the medical professionals.

5. Non-medical prison officials have no decision making authority regarding whether an inmate is referred to, or goes to a medical provider outside the prison healthcare network.

6. When the medical providers have made a decision to seek testing or other services outside the prison healthcare network, the non-medical prison officials are notified only to make arrangements for transportation to the facility where the inmate has an appointment.

7. The Sussex Correctional Institution has transportation available five days a week for transport to outside healthcare facilities.

8. Non-medical prison officials had no input or decision making role in the treatment of Inmate Hassett's knee injury. Nor did they prevent him from being transported to an outside facility.

9. Inmates who are in the Chronic Care Unit ("CCU"), are allowed to go to the gym.

10. Non-medical prison officials are not aware of the specific medical problems of the inmates in the CCU in general, or Robert Hassett in particular.

11. I have made these statements based upon my personal knowledge, specialized training, and experience as an employee of the Department of Correction.

_____
Mike DeLoy

SWORN TO AND SUBSCRIBED BEFORE ME THIS 16 DAY OF May, 2006.

_____
JUDITH ANN LEDERMAN
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires August 19, 2007