# CONSULTATION REQUEST

☒ Off-site ☐ On-Site Clinic ☐ Telemedicine                Reference #: _____
☐ Urgent ☒ Routine ☐ Retro Request                         Date of Request: 1-17-06
Inmate: Lassett                  Inmate ID#: 337363         DOB: 9-6-80
Site: SCI                        Cost Center: _____       DOI: ____ EDR: ____
3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.): _____

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

Procedure/Test/Specialty Service Requested: MRI, (R) knee
Provider: _____          Initial Visit or F/U?          F/U#: ____

**Presumed Diagnosis:** Laxity, multiple structures

**Describe Signs & Symptoms:**     Date of Onset: ____
Pain, limitation of motion, severe weakness on attempt to stand, walk

**Exam Data/Objective Findings:**
abnormal appearing anatomy; patella sunken, prominence of distal fibular mall. Marked laxity of joint.

**Lab & Xray Data:**
x-ray WNL.

**Current Medications:**
Lithium    Moban    Motrin
Geodon     Cogentin  Tylenol #3 - p.r.n.

**Failed Outpatient Therapies:**
1. NSAID's
2. Knee brace

Enrolled in Chronic Care Clinic(s)? ☐ Yes ☒ No    Which Clinic(s)? ____

**Other Diagnosis:** Bipolar disease

**Comments:** 3 separate injuries to knee; 1. sports injury teenager. 2. MVA. 3. landing wrong playing basketball

Site Medical Provider: _____  Signature: _____  Date: 1-17-06
Nurse: Messinger  Date: ____  Site Medical Director: _____  Date: ____

Criteria Source: ☐ M&R  ☐ InterQual       Notes:
☐ Other (specify): ____
Criteria Met: ☐   Criteria Not Met: ☐   More Info Needed: ☐
UM Review #: ____
Initials: ____  Date: ____

*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.*

Correctional Medical Services                                   401A 9/9/04
File: 401A 9.9.04 MRS shared drive DMRS folder