**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient Name: Hassett, Robert   ID#: 337363   Institution: JCI

| Date | Time | Notes | Signature |
|---|---|---|---|
| 7/14/05 | 1545 | S: "I was playing basketball and I forgot my knee brace. My ® knee popped out and I popped it back in again."<br>O. VS – T 99°, BP 84/67, P 87, R 20.<br>® Knee ĉ pain. lvl 8-10. No edema noted but unable to bend knee, stand ṡ assistance or walk ṡ assistance.<br>A. Alt. in comfort.<br>P. Applied ice to ® knee. Keep knee ↑ × 24 hr. ice. Motrin 200 g. Ti Tabs PO qid ×7d.<br>Memo – No sports or exercise × 1 mon. Must maintain knee brace when out of Bed. T. Heflin | |

7113 Rev 03/04