# First Correctional Medical

## Special Needs Referral Form

**SPECIAL NEEDS INMATES** - Inmates who require close medical supervision and/or multidisciplinary care. Included among special needs inmates: Chronically ill; inmates with serious communicable diseases; physically disabled; seriously mentally ill; pregnant; frail; elderly or terminally ill. Special needs considerations may be temporary (inmate needs crutches) or permanent (inmate has an artificial limb). *If housing needs includes having a bottom bunk, you will NOT be allowed to participate in physically challenging extra curriculum activities (i.e., basketball, baseball, weight lifting, etc.) This will be for the duration of the bottom bunk status. If you do participate in these activities, your bottom bunk status will be revoked.*

Date: 7/14/05   Inmate Name: Hassett, Robert   Inmate SBI: 337363

Special Needs Identified by: S. Naylor RN   during: X / mon.

Special Needs Treatment Plan Initiated: ✓ Yes ___ No

Medical Need: apply ice & elevate ® Knee x 24hrs., ace wrap

Diagnosis: to ® Knee. Maintain ® Knee brace when out of bed. NO sports or exercise x 1 mon.

Expected Duration: 30 days.

Housing Need: _____

Expected Duration: _____

Mental Health or Psychiatric Need: _____

Expected Duration: _____

Has Durable medical equipment been issued to the inmate: ___ Yes ___ No

If yes, what equipment was issued: _____

Was the inmate given instructions on the safe use of the equipment: ___ Yes ___ No

If no, why: _____

Inmate Signature: _____

First Correctional Medical Form
Modified by DOC Staff   January 2005