OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 22, 2006

Robert W. Hassett, III.
SBI# 337363 Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

   RE: *Response to Inquiry Regarding* Payment of Filing Fees in
       CA 05-851 JJF

Dear Mr. Hassett:

   This is a response to your inquiry to Mrs. Redden at the SCI Business Office(copy provided via the SCI Business Office).

   Please be advised that the Court's records indicate payments made in this civil action total $72.22 to date. The assessed filing fee is $250.00, therefore the balance is currently $177.78 as reflected on the **attached** copy of the Court's ledger.

   While we do not provide balance statements with each payment made, you should be able to maintain your own record of payments made from your trust account. In the event of a discrepancy, we will provide further copies of supporting ledgers. I trust that this letter fully addresses your concerns in this matter.

                                        Sincerely,

BY: /s/

                                        PETER T. DALLEO
                                        CLERK

cc:   The Honorable Joseph J. Farnan, CA 05-851 JJF
      Financial Administrator

ROBERT W. HASSETT III V. CORR. MEDICAL SERVICE ET /

|  |  | CA 05-851-JJF<br>CASE #1 |  |  |
|---|---|---|---|---|
| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
| 12/22/2005 |  |  |  | 250 |
| 2/8/2006 | 5100PL | 142225 | 28.22 | 221.78 |
| 3/13/2006 | 5100PL | 142716 | 20 | 201.78 |
| 4/10/2006 | 5100PL | 143035 | 17 | 184.78 |
| 5/19/2006 | 5100PL | 143548 | 7 | 177.78 |
|  |  |  |  | 177.78 |
|  |  |  |  | 177.78 |
|  |  |  |  | 177.78 |
|  |  |  |  | 177.78 |
|  |  |  |  | 177.78 |

4-30-06

RECEIVED
SCI Business Office
MAY 0 2 2006

Dear Mrs. Redden,

Last month you sent $17.00 off my account, and sent it to the District court on April 3rd. Now I have no issue with this. But when you did. You sent a form with all those from SCI who have a law suit and have to pay out a filing fee. Well the District court sent everyone here in the prison a copy of this sheet. So 8 more people have my SBI now, as well as my full name. I bring this to your attention so this mistake does not happen again. Mrs Judith from Law library made a copy of this paper and was suppose to contact you. I don't know if she did or not. That is why I am writing you. Also when you sent this months payment out, Can you sent me a receipt for the total amount I have paid to the District court so far. Thank you for your time in this matter.

Sincerely,
Robert Hassett