<u>In The United States District Court</u>
<u>Of The District Of Delaware</u>

Robert W. Hassett 3rd
    Plaintiff

v.

Correctional Medical Service,
Dr. Roberta Burns, Nurse
Pracitioner Francis, Unknown
Nurse (Sandy), Stanley Taylor,
Richard Kearney,
        Defendant

Civ. Act. No. 05-851-JJF



FILED
MAY 24 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

<u>Motion For An Order</u>

Comes now, the plaintiff, Robert Hassett, pro se, pursuant to Fed. R. Civ. Proceed., Rules 33 and 34. Along with U.S. Consitution 14th amendment. Request that this court put forth an order, to have the defendant uphold and provide documents as previously requested by motion form on 12-6-05 (in initial filing of claim) and on 5-2-06. Both

1.

were set forth as "Plaintiffs request for production of Documents" and "Plaintiffs interrogatories and Request for production of Documents". The following facts are asserted in support;

1) These documents are vital to the plaintiffs claim of neglect and indifference of his health.①

2) Without these documents, the plaintiff can not show the defendants inconsistents and deliberate misuse of medical practice.

3) The plaintiffs claims are based off of the misuse of medical attention. These forms and documents show that the plaintiff was not given proper treatment.

---

(Footnote) ① Although United States v. Brady is a criminal case. You can use this same concept in the Discovery aspect. It's stated; To establish a Brady violation, The defendant must show the following: .....(2) The suppressed evidence was exculpatory to the defendant; and (3) the

2.

4) It is the duty of defendant to disclose exculpatory evidence. Not only what is within it's files, but also what is within the possession or control of governmental investigative agencies.

5) These documents are vital to the plaintiffs case and are needed to move forward in the case. Not only for exhibits, but to show and perform the duties that are required by Fed. R. Civ. Proceed..

6) These documents have not been furnished to the plaintiff. As a result, the plaintiff was not able to give exhibits and proof of his allegations when answering the states "Petition to Dismiss for Defendant Richard Kearney".

7) The plaintiff is seeking equal

---

(Footnote cont.)
suppressed evidence is material to the proceeding. ("sellers v. Estelle 651 F.2d 1074") The supreme court ruling in Brady applies to both the Federal and state goverments. This same concept should apply to civil Discovery.

3.

protection and oppurtunty as provided to all citizens under the 8th amendment. Which intales that the plaintiff be able to provide a proper case, by and through the court ordering the defendants to provide/produce pre-requested documents.

Therefore, the plaintiff request that this court grant this motion and order the defendants to produce the documents previously requested in motion of May, 2006, within 14 days of the order.

Date: 5-19-06

Robert Hassett
Robert Hassett
S.C.I. SBI 337363
P.O. Box 500
Georgetown, Del. 19947

4.

<u>In The United States District Court</u>
<u>Of The District Of Delaware</u>

Robert W. Hassett, 3rd,
    Plaintiff

V.

Correctional Medical Services,
Dr. Roberta Burns, Nurse
Pracitioner Francis, Unknown
Nurse (Sandy), Stanley Taylor,
Richard Kearney,
    Defendants

Civ. Act. No. 05-851-JJF

<u>Order</u>

It is hereby Ordered this ___ day of ___, 2006. That the defendants in case No. civ. Act. No. 05-851-JJF, Hassett v. Correctional medical service, etl. are ordered to produce documents as requested by plaintiff. To be furnished within 14 days of this order.

Date: ___

_____
Honorable Judge
Joseph J. Farnen, Jr.

5.

# Certificate of Service

I, Robert Hassett, hereby declare that a true and correct copy of the attached motion has been served on the following:

Kevin J. Conners, ESQ.
1220 North Market Street
5th Floor
P.O. Box 8888
Wilmington, Del. 19899

Date: 5-19-06

Robert Hassett
Robert Hassett

6.

INM. Robert Hassett BLDG: MSB-ISL-1
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500   SBI 337363
GEORGETOWN, DELAWARE 19947

[Postage mark: PB22303070, U.S. POSTAGE $00.87, MAY 23 06, 19947, U.S. X-RAY]

Office of the
United States District Court
844 N. King Street
Lock Box 18
Wilmington, Delaware
19801