## STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

### CARL C. DANBERG
Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**
New Castle County

May 26, 2006

Robert W. Hassett, III
SBI # 337363
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

      Re: **Robert W. Hassett v. CMS, et al.**
          **C.A. No. 05-851-JJF**

Dear Mr. Hassett:

    State defendant has received your Interrogatories and Request for Production of Documents. The State defendant has responded to your complaint with a Motion to Dismiss/Summary Judgment. With the exception of a copy of your medical record to which you are entitled, responding to your discovery requests at this time is premature. One of the purposes of allowing a party the opportunity to file a Motion to Dismiss, is so that the Court may make a decision regarding the sufficiency of the plaintiff's claims before committing resources to the discovery process. Therefore, the State defendant opposes responding to the discovery requests until the Court has the opportunity to decide if your complaint states a claim for which relief can be granted.

    Accordingly, please accept this letter as the State Defendant's opposition to exchange of discovery information other than a copy of your medical record, or formulation of any discovery plan until decisions have been rendered regarding the Motion to Dismiss. The copy of the medical record has been requested from the provider and will be sent to you when it becomes available.

                                                       Very truly yours,

                                                       /s/ Lisa Barchi
                                                      Lisa Barchi
                                                      Deputy Attorney General

Xc:      Kevin Connors, Esquire, via PACER

Case 1:05-cv-00851-JJF    Document 36    Filed 05/26/2006    Page 2 of 2