# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT W. HASSETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-851-JJF |
| | ) | |
| CORRECTIONAL MEDICAL SERVICES, DR. ROBERTA BURNS, NURSE PRACTITIONER FRANCIS, UNKNOWN NURSE FOR C.M.S., STANLEY TAYLOR and RICHARD KEARNEY, | ) ) ) ) ) | JURY TRIAL BY TWELVE DEMANDED |
| | ) | |
| Defendants. | ) | |

## **ORDER**

ON THIS _____ day of _____ , 2006, having considered the Motion of Defendants, Correctional Medical Services, Dr. Roberta Burns and Nurse Practitioner Francis, to Dismiss Plaintiff's Complaint, and all Responses thereto, and there being good cause to grant such Motion,

IT IS ORDERED THAT all claims against Defendants, Correctional Medical Services, Dr. Roberta Burns and Nurse Practitioner Francis, are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

_____
The Honorable Joseph J. Farnan, Jr.

\15_A\LIAB\KJCONNORS\LLPG\355409\BAJOHNSON\13252\00163