## CERTIFICATION OF SERVICE

I hereby certify that I have served upon all persons listed below a true and correct copy of the **MOTION OF DEFENDANTS, CORRECTIONAL MEDICAL SERVICES, DR. ROBERTA BURNS AND NURSE PRACTITIONER FRANCIS, TO DISMISS PLAINTIFF'S COMPLAINT,** in the above-captioned matter this date by regular mail:

Robert W. Hassett
SBI No. 337363
P.O. Box 500
Georgetown, DE 19947

                              **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

BY:   */s/ Kevin J. Connors*
        KEVIN J. CONNORS, ESQ.
        DE Bar ID: 2135
        1220 North Market Street, 5th Fl.
        P.O. Box 8888
        Wilmington, DE 19899-8888
        Attorney for Defendants, Correctional Medical Services, Dr. Roberta Burns and Nurse Practitioner Francis

DATED: May 30, 2006

\15_A\LIAB\KJCONNORS\LLPG\355413\BAJOHNSON\13252\00163