# EXHIBIT 4

# EXHIBIT 4

# SEALED DOCUMENTS

Contains CONFIDENTIAL INFORMATION
To Be Opened Only By Or As Directed By The Court
Robert W. Hassett v. Correctional Medical Services, et al.
Civil Action NO. 05-851-JJF

\15_A\LIAB\ESTHOMPSON\LLPG\355377\ESTHOMPSON\13252\00164