ORIGINAL

<u>In The United States District Court</u>
<u>For The District Of Delaware</u>

Robert W. Hassett, 3rd,
   Plaintiff

v.

Correctional Medical Services,
Dr. Roberta Burns, Nurse
Pracitioner Francis, Unknown
Nurse (Sandy), Stanley Taylor,
Richard Kearney,
   Defendant

Civ. Act. No.
05-851-JJF


FILED
JUN 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

<u>Motion to Compel / For an Order</u>
<u>To Produce all documents of Discovery</u>

   Comes now, the plaintiff, Robert Hassett, pro se, pursuant to Fed. R. Civ. Proceed. Rule 33 and Rule 34. Along with U.S. consitution 14th and 8th amendments. Request the court to put forth an order, to compel the defendants to uphold and provide all documents as requested by defendant on

1.

12-6-05 and 5-2-06. They were set forth as "Plaintiffs request for production of documents" and "Plaintiffs interrogations and request for production of Documents". The following facts are asserted in support:

1) On 6-21-06, the plaintiff recieved his medical records from the defendant, Deputy Attorney General, Lisa M. Barchi. But the discovery is incomplete.

2) The D.A.G. failed to provide documents requested in numbers 1, 2, 3, 6, 7 and 8 of the motion for production of documents.

3) These other documents are vital to the plaintiffs claim of neglect and indifference of his health. <u>U.S. v. Brady</u> (see: Plaintiffs "motion for an Order" dated 5-19-06)

4) Without these documents, the plaintiff can not show the defendants inconsistence's and deliberate misuse of medical practice.

5) The plaintiffs claims are based off of misuse of medical attention. These forms and documents show that the plaintiff was not given proper treatment.

2.

6) It is the duty of defendant to disclose exculpatory evidece. Not only what is within it's files, but also what is within the possession or control of gouermental investigatives agencies.

7) These documents are vital to the plaintiffs case and are needed to move forward in the case. Not only for exhibits but to show and perform the duties that are required by Fed. Civ. R. Proceed..

8) These documents have not been furnished to the plaintiff. The plaintiff is seeking equal protection and opportunity as provided to all citizens under the 8th amendment, which intales that the plaintiff be able to provide a proper case, by and through the court ordering the defendants to produce pre-requested documents.

Therefore, the plaintiff request that this court grant this motion and order the defendants to produce the documents previously requested in motion on 5-2-06, within 14 days of the order.

Date: 6-21-06          sign _Robert Hassett_
                            Robert Hassett

3.

<u>In The United States District Court
Of The District Of Delaware</u>

Robert W. Hassett 3rd
    Plaintiff

V.

Correctional Medical Services,
Dr. Roberta Burns, Nurse
Pracitioner Francis, Unknown
Nurse (sandy), Stanley Taylor,
Richard Kearney,
    Defendant

Civ. Act. No.
05-851-JJF

## ORDER

It is hereby Ordered this ___ day of _____, 2006. That the defendants in case, Civ. Act. No. 05-851-JJF, Hassett v. Correctional Medical Services, etl..; Are ordered to produce documents requested by plaintiff. (Number 1, 2, 3, 6, 7, and 8 of the motion for production of documents.) To be furnished within 14 days of this order.

Date: _____

                                   Honorable Judge
                                   Joseph J. Farnan Jr

4.

## Certificate of Service

I, Robert W. Hassett 3rd, hereby declare that a true and correct copy of the attached motion has been served on the following:

Lisa Barchi
D.A.G.
Carvel State off. Bldg.
820 N. French Street
6th Floor
Wilmington, Del. 19801

Kevin Conners
1220 N. Market St.
5th floor
P.O. Box 8888
Wilmington, Del. 19899

Date: 6-21-06     sign: Robert Hassett

Robert Hassett
P.O. Box 500
Georgetown, Del. 19947

5.

I/M: Robert Hassett BLDG: MSB-B-4cc
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500    SBI 337363
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE $00.630
JUN 22 06
19947

U.S.M.S.
X-RAY

Office of The Clerk
U.S. District Court
844 N. King Street
Lock box 18
Wilmington, Del.    19801