6-22-06

Dear Clerk of the court,

    I am writing you in request of a docket sheet of my case, case no. Civ. Act. No. 05-851-JJF. And could you please tell me where my case stands at the moment.

    If you could please send me this information, I would appreicate it. Thank you.

Sincerely,

Robert Hassett

Robert Hassett

SBI 337363

P.O. Box 500

Georgetown, Del. 19947



FILED
JUN 26 2006

I/M: Robert Hassett   BLDG: MSB B-Tier
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500    SBI 337363
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE $00.390
PB 2230370
JUN 23 06
19947

Attn: Clerk of Court
U.S. District Court
844 N. King St., Lockbox 18
Wilmington, Del.    19801-3570