OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

July 7, 2006

TO: Robert W. Hassett, III  
SBI# 337363  
Sussex Correctional Institution  
P.O. Box 500  
Georgetown, DE 19947

*RE: Status Letter; 05-851(JJF)*

Dear Mr. Hassett:

This office received a letter from you requesting the status of your case. Your case is assigned to the Honorable Joseph J. Farnan, Jr., and is pending before the Court. You will be advised by the Court as to further developments in your case.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO  
CLERK

cc: The Honorable Joseph J. Farnan, Jr.  
enc: Docket Sheet