7-10-06

Dear Clerk of the court,

I am writing you in regards to gaining a updated docket sheet. Of my case, case number 05-851-JJF, Hassett v. Correctional medical service, et al. or as docketed (1:05-cv-851)

Also could you give me the disposition of my case. Thank you for your time in my case.

Sincerely,
Robert Hassett
Robert Hassett

2006 JUL 13 PM 2:47
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

I/M: Robert Hassett BLDG: MSB-B-HL
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500          SBI# 337865
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE $00.390
JUL 12 06
19947

Office of the Clerk
U.S. District Court
844 N. King Street
Lock Box 18
Wilmington, Del. 19801