## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT W. HASSETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-851-JJF |
| | ) | |
| CORRECTIONAL MEDICAL SERVICES, DR. ROBERTA BURNS, NURSE PRACTITIONER FRANCIS, UNKNOWN NURSE FOR C.M.S., STANLEY TAYLOR and RICHARD KEARNEY, | ) ) ) ) ) | JURY TRIAL BY TWELVE DEMANDED |
| | ) | |
| Defendants. | ) | |

**OPPOSITION OF DEFENDANTS, CORRECTIONAL MEDICAL SERVICES, DR. ROBERTA BURNS AND NURSE PRACTITIONER FRANCIS, TO PLAINTIFF'S MOTION TO COMPEL/FOR AN ORDER TO PRODUCE ALL DOCUMENTS OF DISCOVERY**

Defendants, Correctional Medical Services, ("CMS"), Dr. Roberta Burns ("Dr. Burns") and Nurse Practitioner Francis ("Nurse Francis"), through their undersigned counsel, hereby respectfully move this Honorable Court to enter the attached Protective Order and deny Plaintiff's Motion to Compel/For an Order to Produce all Documents of Discovery and, in support thereof, aver as follows:

1. Plaintiff filed a Complaint in this matter on December 6, 2005 alleging violations of his Eighth Amendment Rights under 42 U.S.C. §1983. D.I. # 2.

2. On May 10, 2006, Plaintiff filed Interrogatories and Requests for Production. D.I. # 31, 32.

3. On May 30, 2006, Defendants, CMS, Dr. Burns and Nurse Francis, filed a Motion to Dismiss Plaintiff's Complaint. D.I. # 37, 38.

4.      Plaintiff has filed a Motion to Compel/For an Order to Produce all Documents of Discovery demanding that Defendants respond to his May 10, 2006 Interrogatories and Requests for Production.  D.I. # 40.

5.      The Interrogatories and Requests for Production are irrelevant to any of the arguments raised in Moving Defendant's Motion to Dismiss Plaintiff's Complaint, which seeks dismissal for failure to state a claim upon which relief may be granted.

6.      Because Moving Defendants' Motion to Dismiss Plaintiff's Complaint is presently pending before this Honorable Court and because Plaintiff's Interrogatories and Requests for Production are not related substantively to arguments raised in Moving Defendant's Motion to Dismiss, Plaintiff's discovery request is premature.  Indeed, if Moving Defendant's Motion to Dismiss is granted by this Honorable Court, Plaintiff's discovery request will be moot.

WHEREFORE, Moving Defendants, CMS, Dr. Burns and Nurse Francis, respectfully move this Honorable Court to enter the attached Protective Order, staying discovery pending a decision by this Honorable Court on the Motion to Dismiss Plaintiff's Complaint previously filed by Moving Defendants, CMS, Dr. Burns and Nurse Francis, and deny Plaintiff's Motion to Compel/For an Order to Produce all Documents of Discovery.

                **MARSHALL, DENNEHEY, WARNER,**
                **COLEMAN & GOGGIN**

BY:   */s/ Kevin J. Connors*
       KEVIN J. CONNORS, ESQ.
       DE Bar ID: 2135
       1220 North Market Street, 5th Fl.
       P.O. Box 8888
       Wilmington, DE 19899-8888
       Attorney for Defendants, Correctional
       Medical Services, Dr. Roberta Burns
       and Nurse Practitioner Francis

DATED: July 14, 2006

\15_A\LIAB\ESTHOMPSON\LLPG\363905\ESTHOMPSON\13252\00163