# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT W. HASSETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-851-JJF |
| | ) | |
| CORRECTIONAL MEDICAL SERVICES, DR. ROBERTA BURNS, NURSE PRACTITIONER FRANCIS, UNKNOWN NURSE FOR C.M.S., STANLEY TAYLOR and RICHARD KEARNEY, | ) ) ) ) ) | JURY TRIAL BY TWELVE DEMANDED |
| | ) | |
| Defendants. | ) | |

## ORDER

And now, this ___ day of _____, 2006, upon consideration of Opposition of Defendants, Correctional Medical Services, Dr. Roberta Burns and Nurse Practitioner Francis, to Plaintiff's Motion to Compel/For an Order to Produce all Documents of Discovery, it is hereby Ordered that Plaintiff's Motion is denied and a protective is granted, staying all discovery in this case pending issuance of a decision by the Court on the Motion to Dismiss Plaintiff's Complaint filed by moving defendants, Correctional Medical Services, Dr. Roberta Burns and Nurse Practitioner Francis.

_____
The Honorable Joseph J. Farnan, Jr.

\15_A\LIAB\ESTHOMPSON\LLPG\363911\ESTHOMPSON\13252\00163