<u>**CERTIFICATION OF SERVICE**</u>

I hereby certify that I have served upon all persons listed below a true and correct copy of the **OPPOSITION OF DEFENDANTS, CORRECTIONAL MEDICAL SERVICES, DR. ROBERTA BURNS AND NURSE PRACTITIONER FRANCIS, TO PLAINTIFF'S MOTION TO COMPEL/FOR AN ORDER TO PRODUCE ALL DOCUMENTS OF DISCOVERY,** in the above-captioned matter this date by regular mail to:

Robert W. Hassett
SBI No. 337363
P.O. Box 500
Georgetown, DE 19947

and by electronic filing to:

Lisa Ann Barchi, Esquire
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

                                         **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

BY:   _/s/ Kevin J. Connors_
         KEVIN J. CONNORS, ESQ.
         DE Bar ID: 2135
         1220 North Market Street, 5th Fl.
         P.O. Box 8888
         Wilmington, DE 19899-8888
         Attorney for Defendants, Correctional
         Medical Services, Dr. Roberta Burns
         and Nurse Practitioner Francis

DATED: July 14, 2006

\15_A\LIAB\ESTHOMPSON\LLPG\363914\ESTHOMPSON\13252\00163