<u>In The United States District Court</u>
<u>For The District of Delaware</u>

Robert W. Hassett 3rd,
    Plaintiff

v.

Correctional Medical Services,
Dr. Roberta Burns, Nurse
Pracitioner Frances, Unknown
Nurse for C.M.S., Stanley
Taylor, and Richard Kearney
    Defendants

Civ. No.

05-851-JJF



BD scanned

<u>Answer To</u>
<u>Defendants Motion For a Protective order</u>

    Comes now, Robert Hassett, pro se, request this Honorable court to deny the defendants motion for a protective order. In support of, the following facts are asserted;
    1) Plaintiff filed a complaint in this matter on December 6, 2005 alleging violations of his 8th amendment Rights under 42

1.

3.

Date: 7-17-06

Robert Hassett
Pro. se   SBI #337363
P.O. Box 500
Georgetown, Del.
19947

3.

In The United States District Court
For The District of Delaware

Robert W. Hassett 3rd
    Plaintiff

v.

Correctional Medical Services,
Dr. Roberta Burns, Nurse
Pracitioner Frances, Unknown
Nurse for C.M.S., Stanley
Taylor, Richard Kearney,
    Defendants

Civ. No. 05-851-JJF

## ORDER

It is ORDERED, this ____ day of _____, 2006. The protective order motion filed by defendants is dismissed. The motion to compel for documents by plaintiff is granted.
    It is SO ORDERED.

_____    _____
Date                                        Honorable Judge

## Certificate of Service

I, Robert Hassett, hereby certify that a true and correct copy of the attached motion was placed in the U.S. mail to the following;

Kevin Connors, ESQ
P.O. Box 8888
Wilmington, Del. 19899


7-12-06                              Robert Hassett

5.

U.S.C. § 1983.

2) Plaintiff filed a motion for an order on May 19, 2006, for the production of documents.

3) The defendant filed a motion to dismiss plaintiffs complaint, which seeks dismissal for failure to state a claim upon which relief may be granted.

4) The plaintiffs complaint seeks relief by proper health treatment and seeks punitive damages, i.e. phsycal, emotional and mental health damages.

5) These documents are not only vital to the plaintiffs complaint. But are cruical to the proceedings before and up to trial.

6) These documents can show that defendants claims asserted in their dismissal are basis, unsupported and can be factually proved inaccurate.

Wherefore, the plaintiff respectfully request the defendants motion for a protective order be dismissed, and grant plaintiffs motion to compel/ for an order to produce all discovery documents.

2

I/M: Robert Hussey  BLDG: MSB-B-tier
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Office of the Clerk
U.S. District Court
844 N. King Street, Lockbox 18
Wilmington, Del. 19801