## Certificate of Service

I, Robert Hassett hereby certify that a true and correct copy of the attached motion (Answer To/Protective order) was placed in the U.S. mail to the following:

Kevin Connors, Esq.
P.O. Box 8888
Wilmington, Del. 19849

Lisa Ann Barchi
820 N. French Street
6th Floor
Wilmington, Del. 19801



FILED
AUG - 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Civ. No. 05-851-JJF

8-3-06
Date

Robert Hassett
Robert Hassett
P.O. Box 500
Georgetown, Del, 19947

5.