OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo　　　　　　　　　　　　　　　　　　　　　　　　LOCKBOX 18
CLERK OF COURT　　　　　　　　　　　　　　　　　　　　　　844 KING STREET
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. COURTHOUSE
　　　　　　　　　　　　　　　　　　　　　　　　　　WILMINGTON, DELAWARE 19801
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(302) 573-6170

July 21, 2006

TO:  Robert W. Hassett, III
     SBI# 337363
     Sussex Correctional Institution
     P.O. Box 500
     Georgetown, DE 19947

**RE:  Deficiency Letter; 05-851(JJF)**

Dear Mr. Hassett:

   Papers have been received by this office for filing in the above matter which do <u>not</u> conform to:  Federal Rules of Civil Procedure 5; District of Delaware Local Rules of Civil Practice and Procedure 5.2.(a) & 5.3.

   The papers will be docketed but no action will be taken by the Court until the discrepancies are corrected.  In order for your documents to be acceptable for filing, they ***must be served by you, upon all local counsel of record***, and this must be indicated on an Affidavit or Certificate of Service, attached to the back of your request (motion or pleading).

   A copy of the current local counsel attorney listing (with addresses) for this case is attached for your convenience.

   Your corrected filing, (please sign your certificate of service and provide a copy with an original signature) to include the certificate of service, should be sent to this office for processing

<u>KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.</u>

　　　　　　　　　　　　　　　　　　　　Sincerely,

/bad　　　　　　　　　　　　　　　　　　PETER T. DALLEO
　　　　　　　　　　　　　　　　　　　　CLERK

cc:  The Honorable Joseph J. Farnan, Jr.