**CERTIFICATION OF SERVICE**

I hereby certify that I have served upon all persons listed below a true and correct copy of the REPLY TO PLAINTIFF'S ANSWER TO MOTION OF DEFENDANTS, CORRECTIONAL MEDICAL SERVICES, DR. ROBERTA BURNS AND NURSE PRACTITIONER FRANCIS, TO DISMISS PLAINTIFF'S COMPLAINT in the above-captioned matter this date by regular mail:

Robert W. Hassett, III
SBI#337363
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

        **MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN**

        By:   /s/ Kevin J. Connors
            **KEVIN J. CONNORS, Esquire (I.D. #2135)
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE  19899
(302) 552-4302
Attorney for Defendants, Correctional Medical Services, Dr. Roberta Burns and Nurse Practitioner Francis**

DATED:  July 21, 2005
\15_A\LIAB\ESTHOMPSON\LLPG\365635\ESTHOMPSON\13252\00163