7-28-06

Dear Mr. Dalleo

 I am in reciet of your letter dated 7-21-06, RE: Deficiency letter; 05-851 (JJF). In which you inform me that papers I have filed do not conform to: ~~rules~~ Fed. R. Civ. Proced. 5; Dist. Del. L. R. Civ. Prac. and Proced. 5.2 (a) & 5.3.

 You say no action will be taken until discrepancies are corrected. That I must serve all local counsel of record. I have filed certificates of services on all request (motions or pleadings).

 I don't know what documents you are talking about. Because you do not tell me. As for any documents I have filed against the Defendants have been in response to theirs. As they have seperated themselves one from the other.

 Not to mention that I recieved a Reply motion from the Defendants R.M.S., Dr. Burns, Nurse Francis, and ~~unknown~~ unknown nurse today. And I am the only name on the certificate of

motion is entertained, but mine is not. This can only be seen as basis by you and the court. In order to encourage my defeat within the courts. By creating an unjust and prejudice result of this case.

You tell me to send a correct filing. Of what? And do I only send a certificate of service. To show proof of forwarding motions to defendants. As I have already done.

Mr. Dalleo, you need to be more direct as to what you are saying that I need to send you. And be put on notice, I intend on filing a complaint as to your mishandling of this case.

Kindly Return a letter with Proper instructions as well as proper request for documents. Such as their dates and formal titles.

Sincerely,
Robert Hassett
Robert Hassett

I/M: Robert Massey BLDG: MSB-Butler
SUSSEX CORRECTIONAL INSTITUTION SBI 337363
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Clerk of the court
Mr. Peter T. Dalleo
U.S. District court
844 N. King Street
Lock Box 18
Wilmington, Del.
                    19801