OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 2, 2006

TO: Robert W. Hassett, III
    SBI# 337363
    Sussex Correctional Institution
    P.O. Box 500
    Georgetown, DE 19947

**RE: *Status Letter; 05-851(JJF)***

Dear Mr. Hassett:

    This office received a letter from you requesting clarification on the deficiency issued on 7/21/06. Please be aware that all documents must be served on both Kevin J. Connors and Lisa Ann Barchi who are counsel of record in this case. The letter from 7/21/06 referred to your "Answer to Protective Order."

    I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Joseph J. Farnan, Jr.