8-3-06

Dear Peter Dulleo,

I, recieved your information today. And have mailed a copy of the motion to Mrs. Barchi. And here are two copy's of certificates of services to show that I have mailed the said motion. I hope this clears everything up.

Sincerely,
Robert Hassett
Robert Hassett



I/M: Robert Hassett   BLDG: MSB-B-4er
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500   SBI# 337563
GEORGETOWN, DELAWARE 19947

U.S.
X-RAY

Clerk of the Court
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington Del.
19801-3570