# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT W. HASSETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-851-JJF |
| ) | |
| CORRECTIONAL MEDICAL SYSTEMS, ) | |
| ROBERTA BURNS, NURSE ) | |
| PRACTITIONER FRANCIS, UNKNOWN ) | |
| NURSE, STAN TAYLOR, RICHARD ) | |
| KEARNEY ) | |
| ) | |
| Defendants. ) | |

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Deputy Attorney General Stacey Xarhoulakos hereby enters her appearance in lieu of Deputy Attorney General Lisa Barchi as counsel for State Defendant Richard Kearney.

| | |
|---|---|
| STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE | STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE |
| /s/ Lisa Barchi<br>Lisa Barchi<br>Deputy Attorney General<br>820 N. French Street, 6th Floor<br>Wilmington, DE 19801<br>(302) 577-8400<br>lisa.barchi@state.de.us | /s/ Stacey Xarhoulakos<br>Stacey Xarhoulakos<br>Deputy Attorney General<br>820 N. French Street, 6th Floor<br>Wilmington, DE 19801<br>(302) 577-8400<br>stacey.xarhoulakos@state.de.us |

Date:  October 30, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2006, I electronically filed *Substitution of Counsel* with the Clerk of Court using CM/ECF. I hereby certify that on October 30, 2006, I have mailed by United States Postal Service, the document to the following non-registered participant:

Robert W. Hassett
SBI # 337363
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

/s/ Stacey Xarhoulakos
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us