IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT W. HASSETT, III, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-851-JJF |
| | : |
| CORRECTIONAL MEDICAL SERVICE, | : |
| et al., | : |
| | : |
| Defendants. | : |

**O R D E R**

At Wilmington, this ⎯7⎯ day of December 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. State Defendant's Motion To Dismiss Pursuant To Rules 12(b)(1) And 12(b)(6) Of The Federal Rules of Civil Procedure (D.I. 27) is **GRANTED**.

2. Motion Of Defendants, Correctional Medical Services, Dr. Roberta Burns and Nurse Practitioner Francis, To Dismiss Plaintiff's Complaint (D.I. 37) is **GRANTED**.

3. Plaintiff's Motion For An Order (D.I. 35) is **DENIED as moot**.

4. Plaintiff's Motion To Compel/For An Order To Produce All Documents Of Discovery (D.I. 40) is **DENIED as moot**.

*[signature: Joseph J. Farnan Jr.]*
UNITED STATES DISTRICT JUDGE