IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT W. HASSETT, III, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-851-JJF |
| CORRECTIONAL MEDICAL SERVICE, et al., | : |
| Defendants. | : |

### JUDGMENT IN A CIVIL CASE

For the reasons stated in the Court's Memorandum Opinion and Order issued on December 7, 2006;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendants Correctional Medical Service, Dr. Roberta Burns, Nurse Practitioner Francis, and Richard Kearney and against Plaintiff Robert W. Hassett, III.

*[signature]*
UNITED STATES DISTRICT JUDGE

Dated: December 7, 2006

*[signature]*
(By) Deputy Clerk