From: Robert W. Hassett III
    SBI# 337363
    MSB- C- Tier

March, 13, 2007

To: Phyllis Redden
    Business office
    In House mail

05-851

RE: Statement of Authorization.



Dear Mrs. Redden,

    I am writing you in regards to the money I owe for my filing fee to the District court. I have recieved a money order today from my uncle Robert W. Hassett Jr. in the amount of $150.00. As under the Federal guidlines. The prison is only to take 20% of that money order. In the current situation I would like to pay off all of what I owe. So I am giving you autorization to take the remainer amount of $69.98 that I owe the district court and mail it out this week.

    I only request that you send me

1.

a statement as that the money was taken from my books and that my filing fee is paid in full.

3-13-07

Thank you
Robert Hassett
Robert Hassett
SBI 337363

This was witnessed and notrized by the law library staff on 3-13-07

13th March 2007

Judith Ann Lederman

JUDITH ANN LEDERMAN
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires August 19, 2007

I/M: Robert Hassett  BLDG: MSB-C-tier
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

SBI 337363

Office of the Clerk
U.S. District Court
844 N. King Street
Lock Box 18
Wilmington, Del.
19801

U.S.M.S.
X-RAY

U.S. POSTAGE  PB2230370
$00.390
MAR 16 07
FROM ZIP CODE 19947