CLOSED, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00851-JJF
### Internal Use Only

| | |
|---|---|
| Hassett v. Correctional Medical Service et al | Date Filed: 12/08/2005 |
| Assigned to: Honorable Joseph J. Farnan, Jr. | Date Terminated: 12/07/2006 |
| Demand: $161,000 | Jury Demand: None |
| Related Case: 1:05-cv-00609-JJF | Nature of Suit: 555 Prisoner: Prison Conditions |
| Cause: 42:1983 Prisoner Civil Rights | Jurisdiction: Federal Question |

**Plaintiff**

**Robert W. Hassett, III**　　　　　　　　　represented by **Robert W. Hassett, III**
SBI# 337363
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947
PRO SE

V.

**Defendant**

**Correctional Medical Service**　　　　　　represented by **Kevin J. Connors**
Marshall, Dennehey, Warner, Coleman & Goggin
1220 N. Market St., Suite 500
P.O. Box 8888
Wilmington, DE 19899
(302) 552-4300
Email: kjconnors@mdwcg.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dr. Roberta Burns**　　　　　　　　　　represented by **Kevin J. Connors**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nurse Practitioner Francis**　　　　　　represented by **Kevin J. Connors**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Unknown Nurse**
*for C.M.S.*

**Defendant**

**Stan Taylor**
*TERMINATED: 02/09/2006*

**Defendant**

**Richard Kearney**　　　　　　　　　　　represented by **Lisa Ann Barchi**
Department of Justice

| | | |
|---|---|---|
| 04/27/2006 | 23 | Letter to Robert Hassett from the Clerk of the Court - responding to Pltf.'s 21 Letter. Case is pending before the Court. Enclosed docket sheet. (afb, ) (Entered: 04/27/2006) |
| 04/28/2006 | 24 | NOTICE of Appearance by Kevin J. Connors on behalf of Correctional Medical Service, Roberta Burns, Francis (Connors, Kevin) (Entered: 04/28/2006) |
| 04/28/2006 | 25 | MOTION for Extension of Time to File Answer - filed by Correctional Medical Service, Roberta Burns, Francis. (Attachments: # 1 Text of Proposed Order # 2 Rule 7.1.1 Statement)(Connors, Kevin) (Entered: 04/28/2006) |
| 05/01/2006 | 26 | NOTICE of Appearance by Lisa Ann Barchi on behalf of Richard Kearney (Barchi, Lisa) (Entered: 05/01/2006) |
| 05/01/2006 | 27 | MOTION to Dismiss Case as Frivolous */Summary Judgment* - filed by Richard Kearney. (Barchi, Lisa) (Entered: 05/01/2006) |
| 05/01/2006 | 28 | SEALED MEMORANDUM in Support re 27 MOTION to Dismiss Case as Frivolous */Summary Judgment Memorandum of Points and Authorities in Support of Motion to Dismiss/Summary Judgment [SEALED EXHIBITS]* filed by Richard Kearney.Answering Brief/Response due date per Local Rules is 5/15/2006. (Barchi, Lisa) Additional attachment(s) added on 5/2/2006 (afb, ). (Entered: 05/01/2006) |
| 05/02/2006 | | CORRECTING ENTRY: Clerk placed the State Deft.'s Memorandum of Points and Authorities (D.I. 28) with Exhibits under SEAL. (afb, ) (Entered: 05/02/2006) |
| 05/03/2006 | 29 | ORDER that Defts.' 25 Motion for Extension of Time to Answer Complaint is GRANTED. Correctional Medical Service answer due 5/31/2006; Roberta Burns answer due 5/31/2006; Francis answer due 5/31/2006 . Signed by Judge Joseph J. Farnan, Jr. on 05/03/06. (afb, ) (Entered: 05/03/2006) |
| 05/09/2006 | 30 | ANSWERING to State's 27 MOTION to Dismiss Case as Frivolous/Summary Judgment filed by Robert W. Hassett, III.Reply Brief due date per Local Rules is 5/16/2006. (afb, ) (Entered: 05/10/2006) |
| 05/10/2006 | 31 | REQUEST for Production of Documents by Robert W. Hassett, III.(afb, ) (Entered: 05/11/2006) |
| 05/10/2006 | 32 | Pltf.'s Interrrogatories and Request for Production of Documents by Robert W. Hassett, III.(afb, ) (Entered: 05/11/2006) |
| 05/16/2006 | 33 | REPLY to Response to Motion re 27 MOTION to Dismiss Case as Frivolous */Summary Judgment in Support of Reply to Plaintiff's Answer to* 27 *Motion to Dismiss* filed by Richard Kearney. (Attachments: # 1 Exhibit A# 2 Exhibit 1# 3 Exhibit B# 4 Exhibit C)(Barchi, Lisa) (Entered: 05/16/2006) |
| 05/19/2006 | | Partial Filing Fee Received from Robert W. Hassett, III: $ 7.00, receipt number 143548 (copy to business office) (rbe, ) (Entered: 05/22/2006) |
| 05/22/2006 | 34 | Letter to Pltf. from the Clerk of the Court re: response to inquiry regarding payment of filing fees. (afb, ) (Entered: 05/22/2006) |
| 05/24/2006 | 35 | MOTION For An Order to have the defendant uphold and provide documents as previously requested. - filed by Robert W. Hassett, III. (afb, ) (Entered: 05/25/2006) |
| 05/26/2006 | 36 | Letter to Robert Hassett from Lisa Barchi regarding Opposition to Discovery before decision on Motion to Dismiss - re 35 MOTION. (Barchi, Lisa) (Entered: 05/26/2006) |
| 05/30/2006 | 37 | First MOTION to Dismiss Based upon Motion to Dismiss Plaintiff's Complaint - filed by Roberta Burns. (Attachments: # 1 Text of Proposed Order Order to Motion to Dismiss# 2 Exhibit Exhibits 1, 2, 3, & 5# 3 Hassett COS to Mtn. to Dismiss)(Connors, Kevin) (Entered: 05/30/2006) |
| 05/30/2006 | 38 | SEALED Exhibit 4 to Motion to Dismiss Based upon Dismiss Plaintiff's Complaint D.I. 37 - filed by Roberta Burns. (Attachments: # 1 Exhibit Exhibit 4 of Motion to Dismiss# |

| | | |
|---|---|---|
| | | 2 Certificate of Service to Mtn. to Dismiss)(Connors, Kevin) Modified on 6/7/2006 (afb, ). (Entered: 05/30/2006) |
| 05/30/2006 | | (Court only) ***Motions terminated: 38 SEALED MOTION to Dismiss Based upon Dismiss Plaintiff's Complaint filed by Roberta Burns per D.I. 37. (afb, ) (Entered: 06/07/2006) |
| 06/05/2006 | 39 | ANSWERING BRIEF in Opposition to Defts.' 37 MOTION to Dismiss Plaintiff's Complaint filed by Robert W. Hassett, III.Reply Brief due date per Local Rules is 6/12/2006. (afb, ) (Entered: 06/07/2006) |
| 06/07/2006 | | CORRECTING ENTRY: Clerk updated the docket entry (D.I. 38) to reflect a Sealed Exhibit 4 to the Motion to Dismiss (D.I. 37) was filed. (afb, ) (Entered: 06/07/2006) |
| 06/09/2006 | | Partial Filing Fee Received from Robert W. Hassett, III: $ 16.00, receipt number 143740 (copy to business office) (rbe, ) (Entered: 06/09/2006) |
| 06/23/2006 | 40 | MOTION To Compel/ For An Order To Produce All Documents Of Discovery - filed by Robert W. Hassett, III. (afb, ) (Entered: 06/26/2006) |
| 06/23/2006 | | (Court only) ***Set Answering Brief Deadline re40 MOTION to Compel. Answering Brief/Response due date per Local Rules is 7/10/2006. (afb, ) (Entered: 06/26/2006) |
| 06/26/2006 | 41 | Letter to the Clerk of the Court from Robert Hassett, dated 06/22/06, requesting a docket sheet and status of case. (afb, ) (Entered: 06/27/2006) |
| 07/07/2006 | | Partial Filing Fee Received from Robert W. Hassett, III: $ 12.00, receipt number 143988 (copy to business office) (rpg, ) (Entered: 07/07/2006) |
| 07/07/2006 | 42 | Letter to Robert W. Hassett, III from the Clerk - responding to Pltf.'s 41 letter requesting status of case. Case is pending before the Court. Enclosed docket sheet. (afb, ) Modified on 7/10/2006 (afb, ). (Entered: 07/10/2006) |
| 07/13/2006 | 43 | Letter to the Clerk of the Court, dated 07/10/06, requesting an updated docket sheet and status of case. (afb, ) (Entered: 07/13/2006) |
| 07/14/2006 | 44 | RESPONSE to Motion re 40 MOTION to Compel *Opposition of Defendants, Correctional Medical Services, Dr. Roberta Burns and Nurse Practitioner Francis, to Plaintiff's Motion to Compel/For an Order to Produce all Documents of Discovery* filed by Correctional Medical Service. (Attachments: # 1 Order# 2)(Connors, Kevin) (Entered: 07/14/2006) |
| 07/20/2006 | 45 | REPLY to defendant's Response 44 to Motion re 40 MOTION to Compel filed by Robert W. Hassett, III and plaintiff's opposition to defendants' motion for protective order 44. (bkb, ) Additional attachment(s) added (certificate of service) on 8/9/2006 (dab, ). Modified on 8/9/2006 (dab, ). (Entered: 07/21/2006) |
| 07/21/2006 | 46 | Letter to plainitff from Clerk of Court regarding insufficient proof of service re 45 Reply to Response to Motion. (bkb, ) (Entered: 07/21/2006) |
| 07/21/2006 | 47 | REPLY to Response to Motion re 37 First MOTION to Dismiss Based upon Motion to Dismiss Plaintiff's Complaint *Reply to Plaintiff's Answer to Motion of Defendants, Correctional Medical Services, Dr. Roberta Burns, and Nurse Practitioner Francis, to Dismiss Plaintiff's Complaint* filed by Correctional Medical Service. (Attachments: # 1 # 2)(Connors, Kevin) (Entered: 07/21/2006) |
| 07/24/2006 | 48 | Letter to Plaintiff from Clerk of the Court regarding Status and Request for updated Docket Sheet - re 43 Letter. (dab, ) (Entered: 07/24/2006) |
| 08/01/2006 | 49 | Letter to Clerk of Court from Plaintiff requesting clarification of deficiency notice DI 46. (maw, ) (Entered: 08/01/2006) |
| 08/02/2006 | 50 | Letter to Plaintiff from Clerk of Court regarding clarification of deficiency issued on 7/21/06. (dab, ) (Entered: 08/02/2006) |