OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 31, 2008

Kevin J. Connors, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin
1220 N. Market St., Suite 500
P.O. Box 8888
Wilmington, DE 19899
(302) 552-4300
Email: kjconnors@mdwcg.com

Dear Counsel:    RE: **CA 05-851 JJF Robert W. Hassett v. CMS, et.al.**

    Pursuant to the Order entered on 7/19/2007, the following documents are herewith returned to you:

**ITEMS # 38**

A copy of the signed acknowledgment will be entered on the Court's docket.

Sincerely,

Peter T. Dalleo, Clerk

BY: _[signature]_
Ronald B. Eberhard, Deputy Clerk

TO: Clerk, U.S. District Court

I hereby acknowledge receipt of the above noted document(s), on: 2/1/08

_[signature]_
Signature of Attorney or their representative